REBECCA D. EISEN (State Bar No. 96129)
KENT M. ROGER (State Bar No. 95987)
GREGG P. YATES (State Bar No. 224641)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415) 442-1001
E-mail: reisen@morganlewis.com

Attorneys for Defendant
MORGAN STANLEY DW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAISY JAFFE, on behalf of herself and all others similarly situated,

Plaintiffs,

vs.

MORGAN STANLEY DW, INC.,

Defendant.

Case No. C 06 3903 (TEH)

**STIPULATION RESETTING DATE OF CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED]~~ ORDER THEREON**

Per this Court's Standing Order Paragraph 2 and the form of Order Setting Case Management Conference attached thereto, Defendant MORGAN STANLEY DW, INC. and Plaintiff DAISY JAFFE, by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, the Clerk of the Court scheduled a Case Management Conference for Monday, October 2, 2006, at 1:30 p.m.;

WHEREAS, the parties are engaged in preliminary discussions on the merits of the case to determine if early settlement is feasible;

WHEREAS, the parties desire to preserve their resources while early settlement discussions are continuing and wish to avoid the expenses associated with preparing for and drafting a Joint Case Management Conference Statement and appearing at the Case Management

Conference;

WHEREAS, this Stipulation is the parties' first request for a continuance of the October 2, 2006 Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant that:

Pursuant to this stipulation, the parties agree to reset the Case Management Conference, currently scheduled for October 2, 2006, to October 30, 2006, at 1:30 p.m. Moreover, the parties agree that all deadlines calculated from the date of the Case Management Conference, including deadlines to meet and confer and to file Case Management Statements, shall be calculated from the October 30, 2006 stipulated date for the Case Management Conference.

IT IS SO STIPULATED:

Dated: September 20, 2006

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Kent M. Roger
Kent M. Roger
Attorneys for Defendant
MORGAN STANLEY DW, INC.

Dated: September 20, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By /s/ Kent M. Roger for Kelly M. Dermody
Kelly M. Dermody
Attorneys for Plaintiff
DAISY JAFFE

IT IS SO ORDERED:



Date: 09/21/06

Judge

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/ Kent M. Roger
Kent M. Roger