IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY JAFFE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MORGAN STANLEY DW, INC.,<br><br>    Defendant. | No. C 06-03903 TEH<br><br>**ORDER DENYING CONTINUANCE OF CMC** |

The Court is in receipt of the Defendant's Ex Parte Application to Continue Case Management Conference ("CMC") and Plaintiffs' Opposition thereto. Having reviewed this matter, the Court is not persuaded that the amendments to Plaintiffs' complaint are of sufficient scope to justify the requested 30-day continuance of the CMC. Accordingly, the CMC shall remain as scheduled and the joint CMC statement shall remain due on October 23, 2006.

**IT IS SO ORDERED.**

Dated:  October 19, 2006

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE