1  James M. Finberg (State Bar No. 114850)
   Kelly M. Dermody (State Bar No. 171716)
2  Bill Lann Lee (State Bar No. 108452)
   Heather H. Wong (State Bar No. 238546)
3  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
4  275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
5  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
6  email: jfinberg@lchb.com
   email: kdermody@lchb.com
7  email: hwong@lchb.com

8  Adam T. Klein
   Piper Hoffman (*pro hac vice*)
9  Justin M. Swartz (*pro hac vice*)
   OUTTEN & GOLDEN LLP
10 3 Park Avenue, 29th Floor
   New York, New York 10016
11 Telephone: (212) 245-1000
   Facsimile: (212) 977-4005
12 email: atk@outtengolden.com
   email: ph@outtengolden.com
13 email: jms@outtengolden.com
   *Attorneys for the Plaintiffs*
14 [Additional counsel on signature page]

   Rebecca D. Eisen (State Bar No. 96129 )
   Kent  M. Roger (State Bar No. 95987 )
   L. Julius M. Turman (State Bar No. 226126)
   Gregg Paris Yates (State Bar No. 224641)
   MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Tower
   San Francisco, CA  94105
   Direct:  415.442.1361
   Fax:  415.442.1001

   *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| DAISY JAFFE and DENISE WILLIAMS on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MORGAN STANLEY DW, INC.,<br><br>    Defendant. | Case No. C-06-3903 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FILING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

570498.1

Case No. C-06-3903 TEH

STIPULATION AND [PROPOSED] ORDER RE: FILING JOINT CASE MANAGEMENT CONFERENCE STATEMENT

## **STIPULATION**

WHEREAS, the parties have completed their Rule 26(f) conference and have been exchanging drafts of the Joint Case Management Conference Statement and Rule 26(f) Report;

WHEREAS, Defendant provided initial edits to Plaintiffs' drafts at 4:55 p.m. today, and the parties each exchanged further edits to sections already drafted after 5:00 p.m.

WHEREAS the parties require additional time to complete their Joint CMC Statement and anticipate filing it no later than October 24, 2006, it is hereby stipulated that the parties may file their Joint CMC Statement and Rule 26(f) Report on October 24, 2006.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

| | |
|---|---|
| Dated: October 23, 2006 | By:   */s/ Kelly M. Dermody*  <br>          Kelly M. Dermody |
| Elizabeth A. Alexander<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>One Nashville Place<br>150 Fourth Avenue N., Suite 1650<br>Nashville, TN 37219-2423<br>Telephone:  (615) 313-9000<br>Facsimile:  (615) 313-9965 | James M. Finberg (State Bar No. 114850)<br>Kelly M. Dermody (State Bar No. 171716)<br>Bill Lann Lee (State Bar No. 108452)<br>Heather H. Wong (State Bar No. 238546)<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 |
| Adam T. Klein<br>Piper Hoffman<br>OUTTEN & GOLDEN LLP<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005 | |

*Attorneys for Plaintiffs*

570498.1                                               - 1 -                                    Case No. C-06-3903 TEH

STIPULATION AND [PROPOSED] ORDER RE: FILING JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Dated: October 23, 2006                     By:   */s/ L. Julius M. Turman*
                                                             L. Julius M. Turman
Rebecca D. Eisen (State Bar No. 96129 )
Kent M. Roger (State Bar No. 95987 )
L. Julius M. Turman (State Bar No. 226126)
Gregg Paris Yates (State Bar No. 224641
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Direct: 415.442.1361
Fax: 415.442.1001

*Attorneys for Defendant*

IT IS SO ORDERED.

Dated: __10/24/06_____

Hon. Thelton E. Henderson

*Judge Thelton E. Henderson* (signature/seal)

570498.1           - 2 -           Case No. C-06-3903 TEH

STIPULATION AND [PROPOSED] ORDER RE: FILING JOINT CASE MANAGEMENT CONFERENCE STATEMENT