1   James M. Finberg (State Bar No. 114850)       James N. Penrod (State Bar No. 43030)
    Kelly M. Dermody (State Bar No. 171716)       Rebecca D. Eisen (State Bar No. 96129 )
2   Bill Lann Lee (State Bar No. 108452)          L. Julius M. Turman (State Bar No. 226126)
    Heather H. Wong (State Bar No. 238546)        Gregg Paris Yates (State Bar No. 224641)
3   LIEFF, CABRASER, HEIMANN &                    MORGAN, LEWIS & BOCKIUS LLP
    BERNSTEIN, LLP                                One Market, Spear Tower
4   275 Battery Street, 30th Floor                San Francisco, CA  94105
    San Francisco, CA  94111-3339                 Direct:  415.442.1361
5   Telephone:  (415) 956-1000                    Fax:  415.442.1001
    Facsimile:  (415) 956-1008
6   email: jfinberg@lchb.com                      Mark S. Dichter, *admitted Pro Hac Vice*
    email: kdermody@lchb.com                      MORGAN, LEWIS & BOCKIUS LLP
7   email: hwong@lchb.com                         1701 Market Street
                                                  Philadelphia, PA  19103
8   Adam T. Klein (*pro hac vice*)                Tel: 215.963.5000
    Piper Hoffman (*pro hac vice*)                Fax: 215.963.5001
9   Justin M. Swartz (*pro hac vice*)
    OUTTEN & GOLDEN LLP                           Kenneth J. Turnbull, *admitted Pro Hac Vice*
10  3 Park Avenue, 29th Floor                     MORGAN, LEWIS & BOCKIUS LLP
    New York, New York 10016                      101 Park Avenue
11  Telephone: (212) 245-1000                     New York, NY  10178
    Facsimile: (212) 977-4005                     Tel: 212.309.6000
12  email: atk@outtengolden.com                   Fax: 212.309.6001
    email: ph@outtengolden.com
13  email: jms@outtengolden.com                   *Attorneys for Defendant*
                                                  *Morgan Stanley DW, Inc*
14  *Attorneys for the Plaintiffs*
    *[Additional counsel on signature page]*

15

16                          UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

                          SAN FRANCISCO / OAKLAND DIVISION
18

19
    DAISY JAFFE and DENISE WILLIAMS          Case No. C-06-3903 TEH
20  on behalf of themselves and all others
    similarly situated,
21
            Plaintiffs,                       **STIPULATION AND ~~[PROPOSED]~~ ORDER
22                                            REGARDING DEFENDANT'S MOTION TO
            v.                                DISMISS PLAINTIFF DENISE WILLIAMS'
23                                            CLAIMS  FOR RACE DISCRIMINATION
    MORGAN STANLEY DW, INC.,                  UNDER TITLE VII AND TIME FOR
24                                            DEFENDANT TO FILE A RESPONSE**

25          Defendant.                        Date:           December 11, 2006
                                              Time:           10:00 a.m.
26                                            Courtroom:       12
                                              Honorable Thelton E. Henderson, USDJ
27

28
                                                          Case No. C-06-3903 TEH

1

## **STIPULATION**

2

3

    WHEREAS, Defendant Morgan Stanley DW, Inc. has moved the Court to dismiss the claims of race discrimination brought by Plaintiff Denise Williams under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000(e) *et seq.*;

4

5

    WHEREAS, Defendant's Motion to Dismiss was based on the fact that Ms. Williams has not received a Notice of Right to Sue regarding her race discrimination claims under Title VII from the Equal Employment Opportunity Commission;

6

7

8

    WHEREAS, Ms. Williams acknowledges that she has not received a Notice of Right to Sue with respect to her claims of race discrimination under Title VII but anticipates that the EEOC will issue a Notice;

9

10

    WHEREAS, Ms. Williams hereby dismisses her claims of race discrimination under Title VII, 42 U.S.C. §§ 2000(e) *et seq.*, without prejudice, with the expectation that she will replead such claims when a right to sue is issued;

11

12

    WHEREAS, Defendant agrees that Plaintiffs may amend the Amended Complaint to allege Ms. Williams' race discrimination claims under Title VII if and when the EEOC has issued a Notice of Right to Sue with respect to those claims;

13

14

    WHEREAS, Defendant has also filed a Motion to Stay the claims brought on behalf of the class and subclasses in this matter alleging gender discrimination in violation of Title VII, the California Fair Employment and Housing Act, Cal. Gov't Code § 12940 and Michigan's Elliot-Larsen Civil Rights Act, M.C.L.A. § 37.2101, and Plaintiffs intend to oppose such Motion;

15

16

17

    WHEREAS, the Court has scheduled a hearing on Defendant's Motion to Stay for December 11, 2006; and

18

19

    WHEREAS, Plaintiffs agree that the time for Defendant to respond to the Amended Complaint may be enlarged so that Defendant may file its response twenty (20) days from the date the Court decides Defendant's Motion to Stay.

20

21

    NOW, THEREFORE, IT IS AGREED BETWEEN THE PARTIES AS FOLLOWS:

22

    1.    Ms. Williams' claims of race discrimination under Title VII are dismissed without prejudice, and with the agreement that she may bring these claims again at a later date without opposition from Defendant if and when the EEOC has issued a Notice of Right to Sue with respect to those claims; and

23

24

25

    2.    Defendant shall have until twenty (20) days from the date the Court decides Defendant's pending Motion to Stay to respond to the Amended Complaint.

26

27

28

Case No. C-06-3903 TEH

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S MOTION TO DISMISS WILLIAMS' CLAIMS OF RACE DISCRIMINATION UNDER TITLE VII AND TIME FOR DEFENDANT TO FILE A RESPONSE

577057v1

1       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3 Respectfully submitted,

4 Dated:  November 13, 2006                By:   */s/ Elizabeth A. Alexander*
5                                           Elizabeth A. Alexander

6 Elizabeth A. Alexander (*pro hac vice*)       James M. Finberg (State Bar No. 114850)
    LIEFF, CABRASER, HEIMANN &           Kelly M. Dermody (State Bar No. 171716)
7    BERNSTEIN, LLP                       Bill Lann Lee (State Bar No. 108452)
    One Nashville Place                     Heather H. Wong (State Bar No. 238546)
8    150 Fourth Avenue N., Suite 1650        LIEFF, CABRASER, HEIMANN &
    Nashville, TN 37219-2423                BERNSTEIN, LLP
9    Telephone:  (615) 313-9000              Embarcadero Center West
    Facsimile:  (615) 313-9965               275 Battery Street, 30th Floor
10                                         San Francisco, CA  94111-3339
11                                         Telephone:  (415) 956-1000
                                        Facsimile:  (415) 956-1008
12 Adam T. Klein (*pro hac vice*)
    Piper Hoffman (*pro hac vice*)
13    OUTTEN & GOLDEN LLP
    3 Park Avenue, 29th Floor
14    New York, New York 10016
    Telephone: (212) 245-1000
15    Facsimile: (212) 977-4005

16 *Attorneys for Plaintiffs*

17 Dated:  November 13, 2006               *By:*   */s/ L. Julius M. Turman*
18                                          *L. Julius M. Turman*

19                                         *MORGAN, LEWIS & BOCKIUS LLP*
20                                         *One Market, Spear Tower*
                                        *San Francisco, CA  94105*
21                                         *Direct:  (415) 442-1361*
                                        *Fax:  (415) 442-1001*
22

23                                         *Attorneys for Defendant*
                                        Morgan Stanley, DW Inc.

24       IT IS SO ORDERED.

25

26

27 Dated:     11/14/06                                 Thelton E. Henderson

28                                            Case No. C-06-3903 TEH

*(Court seal: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson)*

- 2 -