1

Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)

2

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP

3

275 Battery Street, 30th Floor
San Francisco, CA 9411-3339

4

Telephone: (415) 956-1000
Facsimile: (415) 956-1008

5

email: kdermody@lchb.com
email: hwong@lchb.com

6

7

Adam T. Klein *(Pro Hac Vice)*
Piper Hoffman *(Pro Hac Vice)*

8

Justin M. Swartz *(Pro Hac Vice)*
OUTTEN & GOLDEN LLP

9

3 Park Avenue, 29th Floor
New York, New York 10016

10

Telephone: (212) 245-1000
Facsimile: (212) 977-4005

11

email: atk@outtengolden.com
email: ph@outtengolden.com
email: jms@outtengolden.com

12

13

*Attorneys for the Plaintiffs*
*[Additional counsel on signature page]*

14

James N. Penrod (State Bar No. 43030)
Rebecca D. Eisen (State Bar No. 96129 )
L. Julius M. Turman (State Bar No. 226126)
Chaya M. Mandelbaum (State Bar No. 239084)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Direct: 415.442.1361
Fax: 415.442.1001

Mark S. Dichter *(Pro Hac Vice)*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001

Kenneth L. Turnbull *(Pro Hac Vice)*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001

*Attorneys for Defendant*
*Morgan Stanley DW, Inc.*

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

SAN FRANCISCO DIVISION

18

19

DAISY JAFFE and DENISE WILLIAMS, on behalf of themselves and all others

20

similarly situated,

21

Plaintiffs,

22

vs.

23

MORGAN STANLEY DW, INC.,

24

Defendant.

25

26

27

28

Case No. C 06 3903 (TEH)

**STIPULATION AND ORDER
REGARDING DEFENDANT'S TIME IN
WHICH TO RESPOND TO PLAINTIFFS'
INDIVIDUAL AGE AND RACE CLAIMS**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7504987.1

Stipulation Regarding Defendant's Time Limit
With Which to Respond to Plaintiffs' Individual
Age and Race Claims (C 06 3903 (TEH))

1

## STIPULATION

2    WHEREAS, Plaintiffs' class and subclass gender discrimination claims are stayed until

3 March 15, 2007, by the Court's order of January 19, 2007;

4    WHEREAS the Court's January 19, 2007 Order did not stay the Plaintiffs' individual race
and age discrimination claims requiring a response by Defendant, to which the parties have
telephonically agreed to extend the time to respond to those claims;

5

6    WHEREAS, through the Parties' November 11, 2006 Stipulation and the Court's
corresponding Order Plaintiff Denise Williams' claims of race discrimination under Title VII
were dismissed without prejudice, and with the agreement that she may bring these claims again

7 at a later date without opposition from Defendant if and when the EEOC has issued a Notice of
Right to Sue with respect to those claims;

8

9    WHEREAS the Parties desire to simplify and clarify Defendant's response to the
Complaint by responding to all claims alleged in the Complaint at the same time.

10    NOW, THEREFORE, IT IS AGREED BETWEEN THE PARTIES AS FOLLOWS:

11    The time for Defendant to respond to Plaintiffs' individual age and race claims shall be
extended so that the response is due twenty (20) days from March 15, 2007 or the date

12 that the Court lifts the stay of Plaintiffs' class and subclass gender discrimination claims,
whichever date is later.

13

14    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

15
Dated:  February 14, 2007

16

17

By: /s/ *Elizabeth A. Alexander*
       Elizabeth A. Alexander

18  Elizabeth A. Alexander *(Pro Hac Vice)*       Kelly M. Dermody (State Bar No. 171716)
    LIEFF, CABRASER, HEIMANN &            Heather H. Wong (State Bar No. 238546)
19  BERNSTEIN, LLP                        LIEFF, CABRASER, HEIMANN &
    One Nashville Place                   BERNSTEIN, LLP
20  150 Fourth Avenue N., Suite 1650      Embarcadero Center West
    Nashville, TN  37219-2423             275 Battery Street, 30th Floor
21  Telephone:  (615) 313-9000            San Francisco, CA  94111-3339
    Facsimile:  (615) 313-9965            Telephone:  (415) 956-1000
22                                        Facsimile:  (415) 956-1008

    Adam T. Klein *(Pro Hac Vice)*
23  Piper Hoffman *(Pro Hac Vice)*        James M. Finberg (State Bar No. 114850)
    Justin M. Swarts *(Pro Hac Vice)*     Eve H. Cervantez (State Bar No. 154709)
24  OUTTEN & GOLDEN LLP                   ALTSHULER BERZON LLP
    3 Park Avenue, 29th Floor             177 Post Street, Suite 300
25  New York, New York 10016              San Francisco, CA 94108
    Telephone: (2112) 245-1000            Telephone: (415) 421-7151
26  Facsimile: (212) 977-4005             Facsimile: (415) 362-8064

27  *Attorneys for Plaintiffs*

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7504987.1                          1          Stipulation Regarding Defendant's Time Limit
                                                   With Which to Respond to Plaintiffs' Individual
                                                      Age and Race Claims (C 06 3903 (TEH))

1

2  Dated: February 14, 2007

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: /s/ L. Julius M. Turman
L. Julius M. Turman

MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  (415) 442-1361
Facsimile:  (415) 442-10001

*Attorneys for Defendant*
Morgan Stanley DW, Inc.

IT IS SO ORDERED:

Date:         02/20/07

n E. Henderson
States District Judge

Judge Thelton E. Henderson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7504987.1

2

Stipulation Regarding Defendant's Time Limit
With Which to Respond to Plaintiffs'
Individual Age and Race Claims (C 06 3903