Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  9411-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
email:  kdermody@lchb.com
email:  hwong@lchb.com

Adam T. Klein (*pro hac vice*)
Piper Hoffman (*pro hac vice*)
Justin M. Swartz (*pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
email:  atk@outtengolden.com
email:  ph@outtengolden.com
email:  jms@outtengolden.com

*Attorneys for the Plaintiffs*
[Additional counsel on signature page]

James N. Penrod (State Bar No. 43030)
Rebecca D. Eisen (State Bar No. 96129 )
L. Julius M. Turman (State Bar No. 226126)
Chaya M. Mandelbaum (State Bar No. 239084)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA  94105
Direct:  415.442.1361
Fax:  415.442.1001

Mark S. Dichter, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel: 215.963.5000
Fax: 215.963.5001

Kenneth L. Turnbull, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Tel: 212.309.6000
Fax: 212.309.6001

*Attorneys for Defendant*
*Morgan Stanley DW, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE and DENISE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY DW, INC.,<br><br>Defendant. | Case No. C 06 3903 (TEH)<br><br>**STIPULATION AND ORDER EXTENDING THE STAY OF GENDER DISCRIMINATION CLAIMS** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7517463.1

STIPULATION AND ORDER EXTENDING
THE STAY OF GENDER DISCRIMINATION
CLAIMS(C 06 3903 (TEH))

## STIPULATION

**WHEREAS,** Plaintiffs have filed a putative Class Action Complaint in the United States District Court for the Northern District of California, *Jaffe/Williams v. Morgan Stanley, DW Inc.,* Case No. C-06-3903 THE, alleging inter alia, gender discrimination claims; and

**WHEREAS**, a similar putative class action involving allegations of gender discrimination against Morgan Stanley has been filed in the United States District Court for the District of Columbia captioned *Augst-Johnson v. Morgan Stanley DW, Inc.,* Case No. 06-C-01142-RWR, which resulted in this Court's order of January 19, 2007, staying the *Jaffe/Williams* gender discrimination class claims until March 15, 2007; and

**WHEREAS**, on February 26, 2007 the parties in the *Augst-Johnson* filed a Joint Status Report with the District of Columbia Court, stating that they had reached a settlement of the action, a memorandum of understanding had been signed regarding the settlement, and that they expected to file formal settlement papers with the Court requesting preliminary approval in 4 to 6 weeks from the date of the report (A copy of the Joint Status Report is attached hereto as Exhibit A); and

**WHEREAS,** the District of Columbia Court has ordered the parties in *Augst-Johnson* to file another Joint Status Report by April 12, 2007 (A copy of the Docket Sheet in *Augst-Johnson v. Morgan Stanley DW, Inc.,* Case No. 06-C-01142-RWR, reflecting the Court's Minute Order as the 25th entry, is attached hereto as Exhibit B).

**NOW, THEREFORE, IT IS AGREED BETWEEN THE PARTIES AND RESPECTFULLY REQUESTED AS FOLLOWS:**

That the stay in the present action be extended until April 15, 2007.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7517463.1

1

STIPULATION AND ORDER EXTENDING
THE STAY OF GENDER DISCRIMINATION
CLAIMS (C 06 3903 (TEH))

1    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

2    Respectfully submitted,

3

4    Dated:  March 15, 2007

5                                                    By: /s/ *Kelly M. Dermody*
                                                          Kelly M. Dermody
6
     Elizabeth A. Alexander (*pro hac vice*)        Kelly M. Dermody (State Bar No. 171716)
7    LIEFF, CABRASER, HEIMANN &                     Heather H. Wong (State Bar No. 238546)
     BERNSTEIN, LLP                                 LIEFF, CABRASER, HEIMANN &
8    One Nashville Place                            BERNSTEIN, LLP
     150 Fourth Avenue N., Suite 1650              Embarcadero Center West
9    Nashville, TN  37219-2423                      275 Battery Street, 30th Floor
     Telephone:  (615) 313-9000                     San Francisco, CA  94111-3339
10   Facsimile:  (615) 313-9965                     Telephone:  (415) 956-1000
                                                    Facsimile:  (415) 956-1008
11   Adam T. Klein (*pro hac vice*)                 James M. Finberg (State Bar No. 114850)
     Piper Hoffman (pro hac vice)                   Eve H. Cervantez (State Bar No. 154709)
12   Justin M. Swarts (*pro hac vice*)              Altshuler Berzon LLP
     OUTTEN & GOLDEN LLP                            177 Post Street, Suite 300
13   3 Park Avenue, 29th Floor                      San Francisco, CA 94108
     New York, New York 10016                       Telephone: (415) 421-7151
14   Telephone:  (2112) 245-1000                    Facsimile: (415) 362-8064
     Facsimile: (212) 977-4005
15
     *Attorneys for Plaintiffs*
16

17
     Dated: March 15, 2007                          By: /s/ *L. Julius M. Turman*
18                                                        L. Julius M. Turman

19                                                  MORGAN, LEWIS & BOCKIUS LLP
                                                    One Market, Spear Street Tower
20                                                  San Francisco, CA  94105
                                                    Telephone:  (415) 442-1361
21                                                  Facsimile:  (415) 442-10001

22                                                  *Attorneys for Defendant*
                                                    Morgan Stanley DW, Inc.
23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7517463.1                                      2                    STIPULATION AND ORDER EXTENDING
                                                                        THE STAY OF GENDER DISCRIMINATION
                                                                        CLAIMS (C 06 3903 (TEH))

1    **IT IS SO ORDERED:**

2         It is further ordered that the Court's Orders directing the parties to appear for a Case

3   Management Conference on April 9, 2007 and to meet and confer and file a Case Management

4   Conference Statement on or before April 2, 2007 are hereby vacated.

5         It further ordered that the parties shall appear for a Case Management Conference on

6   _____May 21_____, 2007 and shall meet and confer and file a Case Management Conference

7   Statement on _____May 14_____, 2007.

8

9   Date:    _____03/21/07_____     _____

10                                     Thelton E. Henderson
                                    United States District Judge

11

12

13       Judge Thelton E. Henderson

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7517463.1            3         STIPULATION AND ORDER EXTENDING
THE STAY OF GENDER DISCRIMINATION
CLAIMS (C 06 3903 (TEH))