Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 9411-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
email: kdermody@lchb.com
email: hwong@lchb.com

Adam T. Klein (*pro hac vice*)
Piper Hoffman (*pro hac vice*)
Justin M. Swartz (*pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
email: atk@outtengolden.com
email: ph@outtengolden.com
email: jms@outtengolden.com

*Attorneys for the Plaintiffs*
*[Additional counsel on signature page]*

James N. Penrod (State Bar No. 43030)
Rebecca D. Eisen (State Bar No. 96129 )
L. Julius M. Turman (State Bar No. 226126)
Chaya M. Mandelbaum (State Bar No. 239084)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Direct: 415.442.1361
Fax: 415.442.1001

Mark S. Dichter, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001

Kenneth L. Turnbull, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001

*Attorneys for Defendant*
*Morgan Stanley DW, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE and DENISE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY DW, INC.,<br><br>Defendant. | Case No. C 06 3903 (TEH)<br><br>**STIPULATION AND ORDER EXTENDING THE STAY OF GENDER DISCRIMINATION CLAIMS** |

# STIPULATION

**WHEREAS,** Plaintiffs have filed a putative Class Action Complaint in the United States District Court for the Northern District of California, *Jaffe/Williams v. Morgan Stanley, DW Inc.*, Case No. C-06-3903 THE, alleging inter alia, gender discrimination claims; and

**WHEREAS,** a similar putative class action involving allegations of gender discrimination against Morgan Stanley has been filed in the United States District Court for the District of Columbia captioned *Augst-Johnson v. Morgan Stanley DW, Inc.*, Case No. 06-C-01142-RWR, which resulted in this Court's order of January 19, 2007, staying the *Jaffe/Williams* gender discrimination class claims until March 15, 2007; and

**WHEREAS,** the parties stipulation and the Court's Order of March 21, 2007 extended the stay of the *Jaffe/Williams* gender discrimination class claims until April 15, 2007; and

**WHEREAS,** on April 12, 2007 the parties in the *Augst-Johnson* filed a Joint Status Report with the District of Columbia Court, stating that they expect to file, in the next ten (10) business days, the formal settlement papers and a request for preliminary approval of the settlement (A copy of the Joint Status Report is attached hereto as Exhibit A).

**NOW, THEREFORE, IT IS AGREED BETWEEN THE PARTIES AND RESPECTFULLY REQUESTED AS FOLLOWS:**

That the stay in the present action be extended until May 15, 2007.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  Respectfully submitted,

3

4  Dated: April 13, 2007

5                                          By: /s/ *Kelly M. Dermody*

6                                               Kelly M. Dermody

Elizabeth A. Alexander (*pro hac vice*)     Kelly M. Dermody (State Bar No. 171716)
LIEFF, CABRASER, HEIMANN &     Heather H. Wong (State Bar No. 238546)
BERNSTEIN, LLP     LIEFF, CABRASER, HEIMANN &
One Nashville Place     BERNSTEIN, LLP
150 Fourth Avenue N., Suite 1650     Embarcadero Center West
Nashville, TN 37219-2423     275 Battery Street, 30th Floor
Telephone: (615) 313-9000     San Francisco, CA 94111-3339
Facsimile: (615) 313-9965     Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
Adam T. Klein (*pro hac vice*)     James M. Finberg (State Bar No. 114850)
Piper Hoffman (pro hac vice)     Eve H. Cervantez (State Bar No. 154709)
Justin M. Swarts (*pro hac vice*)     Altshuler Berzon LLP
OUTTEN & GOLDEN LLP     177 Post Street, Suite 300
3 Park Avenue, 29th Floor     San Francisco, CA 94108
New York, New York 10016     Telephone: (415) 421-7151
Telephone: (2112) 245-1000     Facsimile: (415) 362-8064
Facsimile: (212) 977-4005

*Attorneys for Plaintiffs*

Dated: April 13, 2007     By: /s/ *L. Julius M. Turman*
   L. Julius M. Turman

   MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
   San Francisco, CA 94105
   Telephone: (415) 442-1361
   Facsimile: (415) 442-10001

   *Attorneys for Defendant*
   Morgan Stanley DW, Inc.

1 **IT IS SO ORDERED:**

2     It is further ordered that the Court's Orders directing the parties to appear for a Case
3 Management Conference on May 21, 2007 and to meet and confer and file a Case Management
4 Conference Statement on or before May 14, 2007 are hereby vacated.

5     It further ordered that the parties shall appear for a Case Management Conference on
6 _____June 25_____, 2007 and shall meet and confer and file a Case Management Conference
7 Statement on _____June 18_____, 2007.

9 Date: _____04/16/07_____

10     Thelton E. Henderson
    United States District Judge

*[Signed: Judge Thelton E. Henderson — United States District Court, Northern District of California seal]*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7530763.1

3

STIPULATION AND ORDER EXTENDING
THE STAY OF GENDER DISCRIMINATION
CLAIMS (C 06 3903 (TEH))