Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  9411-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
email:  kdermody@lchb.com
email:  hwong@lchb.com

Adam T. Klein (*pro hac vice*)
Piper Hoffman (*pro hac vice*)
Justin M. Swartz (*pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  (212) 245-1000
Facsimile:  (212) 977-4005
email:  atk@outtengolden.com
email:  ph@outtengolden.com
email:  jms@outtengolden.com

*Attorneys for the Plaintiffs*
*[Additional counsel on signature page]*

James N. Penrod (State Bar No. 43030)
Rebecca D. Eisen (State Bar No. 96129 )
L. Julius M. Turman (State Bar No. 226126)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA  94105
Direct: 415.442.1361
Fax: 415.442.1001

Mark S. Dichter, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel: 215.963.5000
Fax: 215.963.5001

Kenneth L. Turnbull, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Tel: 212.309.6000
Fax: 212.309.6001

*Attorneys for Defendant*
*Morgan Stanley DW, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE and DENISE WILLIAMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY DW, INC.,<br><br>Defendant. | Case No. C 06 3903 (TEH)<br><br>**STIPULATION AND ORDER EXTENDING THE STAY OF GENDER DISCRIMINATION CLAIMS** |

## STIPULATION

**WHEREAS,** Plaintiffs have filed a putative Class Action Complaint in the United States District Court for the Northern District of California, *Jaffe/Williams v. Morgan Stanley, DW Inc.*, Case No. C-06-3903 THE, alleging inter alia, gender discrimination claims; and

**WHEREAS**, a similar putative class action involving allegations of gender discrimination against Morgan Stanley has been filed in the United States District Court for the District of Columbia captioned *Augst-Johnson v. Morgan Stanley DW, Inc.*, Case No. 06-C-01142-RWR, which resulted in this Court's order of January 19, 2007, staying the *Jaffe/Williams* gender discrimination class claims until March 15, 2007; and

**WHEREAS**, the parties stipulation and the Court's Order of March 21, 2007 extended the stay of the *Jaffe/Williams* gender discrimination class claims until April 15, 2007; and

**WHEREAS**, the parties stipulation and the Court's Order of April 16, 2007 extended the stay of the *Jaffe/Williams* gender discrimination class claims until May 15, 2007; and

**WHEREAS**, on April 24, 2007 the parties in *Augst-Johnson* filed for Joint preliminary approval of the Settlement Agreement with the District of Columbia Court and that Court has not yet ruled upon the motion.

**NOW, THEREFORE, IT IS AGREED BETWEEN THE PARTIES AND RESPECTFULLY REQUESTED AS FOLLOWS:**

That the stay in the present action be extended until August 6, 2007.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7566708.2

1

STIPULATION AND ORDER EXTENDING
THE STAY OF GENDER DISCRIMINATION
CLAIMS (C 06 3903 (TEH))

1         **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2   Respectfully submitted,

4   Dated: June 22, 2007

5                                                   By: /s/ *Kelly M. Dermody*
                                                        Kelly M. Dermody

Elizabeth A. Alexander (*pro hac vice*)      Kelly M. Dermody (State Bar No. 171716)
LIEFF, CABRASER, HEIMANN &            Heather H. Wong (State Bar No. 238546)
BERNSTEIN, LLP                              LIEFF, CABRASER, HEIMANN &
One Nashville Place                            BERNSTEIN, LLP
150 Fourth Avenue N., Suite 1650          Embarcadero Center West
Nashville, TN 37219-2423                 275 Battery Street, 30th Floor
Telephone: (615) 313-9000               San Francisco, CA 94111-3339
Facsimile: (615) 313-9965                Telephone: (415) 956-1000
                                                        Facsimile: (415) 956-1008
Adam T. Klein (*pro hac vice*)             James M. Finberg (State Bar No. 114850)
Piper Hoffman (pro hac vice)              Eve H. Cervantez (State Bar No. 154709)
Justin M. Swarts (*pro hac vice*)           Altshuler Berzon LLP
OUTTEN & GOLDEN LLP                177 Post Street, Suite 300
3 Park Avenue, 29th Floor               San Francisco, CA 94108
New York, New York 10016              Telephone: (415) 421-7151
Telephone: (2112) 245-1000             Facsimile: (415) 362-8064
Facsimile: (212) 977-4005

*Attorneys for Plaintiffs*

Dated: June 22, 2007                          By: /s/ *L. Julius M. Turman*
                                                        L. Julius M. Turman

                                                        MORGAN, LEWIS & BOCKIUS LLP
                                                        One Market, Spear Street Tower
                                                        San Francisco, CA 94105
                                                         Telephone: (415) 442-1361
                                                        Facsimile: (415) 442-10001

                                                        *Attorneys for Defendant*
                                                        Morgan Stanley DW, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7566708.2                  2                STIPULATION AND ORDER EXTENDING
                                    THE STAY OF GENDER DISCRIMINATION
                                    CLAIMS (C 06 3903 (TEH))

**IT IS SO ORDERED:**

It is further ordered that the Court's Orders directing the parties to file a joint Case Management Statement and to appear for a Case Management Conference on June 25, 2007 are hereby vacated.

It further ordered that the parties shall appear for a Case Management Conference on _____Sept. 24_____, 2007 and shall meet and confer and file a Case Management Conference Statement on _____Sept. 17_____, 2007.

Date: _____06/25/07_____  _____

Thelton E. Henderson
District Judge