# EXHIBIT A

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>370-2006-00197 |
|---|---|---|

California Department Of Fair Employment & Housing _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Daisy Jaffe | Home Phone No. (Incl Area Code) | Date of Birth<br>08-20-1954 |
|---|---|---|
| Street Address<br>3835 Ralston Avenue, Hillsboro, CA 94010 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>MORGAN STANLEY DEAN WITTER | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(650) 340-6500 |
|---|---|---|
| Street Address<br>181 East Second Ave., San Mateo, CA 94401 | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____  Latest  12-01-2005

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See Attached

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

| Date | Charging Party Signature |
|---|---|

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>■ EEOC | |

CA DEPT FAIR EMPLOYMENT AND HOUSING and EEOC
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.)<br>Ms. Daisy Jaffe | HOME TELEPHONE (include area code) |
|---|---|
| STREET ADDRESS      CITY, STATE AND ZIP CODE<br>3835 Ralston Avenue<br>Hillsboro, CA 94010 | DATE OF BIRTH<br>08/20/54 |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME<br>Morgan Stanley Dean Witter | NUMBER OF EMPLOYEES, MEMBERS<br>Cat. D (500+) | TELEPHONE (include area code)<br>(650) 340-6500 |
|---|---|---|
| STREET ADDRESS   CITY, STATE AND ZIP CODE<br>181 East Second Avenue<br>San Mateo, California 94010 | | COUNTY<br>San Mateo |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br>☐ RACE   ☐ COLOR   ■ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☐ RETALIATION   ■ AGE   ☐ DISABILITY   ☐ OTHER (*specify*) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST            LATEST<br>October 28 2004 - Present<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional space is needed, attach extra sheet(s)*):

I.   Overview of Allegations

   1.   This sex discrimination charge is filed on behalf of myself, Daisy Jaffe, and all others similarly situated. Like other female employees of Morgan Stanley Dean Witter (hereafter "Morgan Stanley"), I have been harmed by a continuing pattern and practice or policy of sex discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., and the California Fair Employment Housing Act ("FEHA"), Cal. Gov't Code § 12940, et seq. I also bring this charge under he Age Discrimination in Employment Act, 29 U.S.C. § 621, et seq., and FEHA on behalf of myself and all other similarly situated employees over age 40 who, like myself, have been harmed by a continuing pattern and practice or policy of age discrimination.

II.   Work History

   2.   I was hired as a Financial Consultant by Morgan Stanley on or about August 1982, in the San Mateo, California office. Morgan Stanley terminated my employment on August 11, 2005.

| ■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>10/28/05      *(signature)*<br>Date            Charging Party (signature) | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) Oct, 28, 2005 |

CHARGING PARTY COPY

Subscribed and sworn (or affirmed) Before me on this 28 day of Oct, 2005, by Daisy Jaffe personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature

THAHER A. SHEHADEH
COMM. #1412311
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Expires May 17, 2007

474094.1

Daisy Jaffe
<u>Charge of Discrimination</u>

The Particulars Are (continued):

### III.   Claims

3.   <u>Compensation and Promotion</u>: I believe that I have been denied compensation made available to similarly-situated male employees. I also believe that I have been denied compensation made available to similarly-situated employees under the age of 40.

Morgan Stanley routinely distributed business opportunities, including accounts from departing and retiring brokers, referrals, leads, call-ins and walk-ins, and potential clients, to male Financial Consultants and/or Financial Consultants under the age of 40, rather than to female Financial Consultants and/or Financial Consultants above the age of 40. As a result of the inequitable and discriminatory distribution of accounts and account prospects, female Financial Consultants and Financial Consultants who are 40 years old or older have diminished income potential and diminished actual income as compared to similarly-situated male employees and as compared to similarly-situated employees under the age of 40.

Specifically, in the last year, Morgan Stanley distributed the accounts of a retiring Financial Consultant, Frank Donohue, to younger, male Financial Consultants with no more qualifications than me. Similarly, Morgan Stanley distributed the accounts of two departing Financial Consultants, Phil Tucker and Paul Roach, to younger, male Financial Consultants with no more qualifications than me.

Morgan Stanley also discriminated against me based on gender and age by denying me training opportunities and desirable office assignments. At the same time, it provided training and desirable office assignments to similarly-situated younger male Financial Consultants. By discriminating against me with respect to these terms and conditions of my employment, Morgan Stanley diminished the amount of compensation I could have earned.

By denying compensation to me that was made available to similarly-situated younger male Financial Consultants, Morgan Stanley has also denied me promotions within the Company, which are awarded based on a Financial Consultant's level compensation.

4,   <u>Termination</u>: I believe that I was wrongfully terminated due to the fact that I am female and over age 40.

### IV.   Class Claims

4.   It is my understanding and belief that Morgan Stanley has engaged in a continuing pattern and practice of discrimination against female Financial Consultants and Financial Consultants over 40 years of age with respect to compensation, business allocation, termination and other terms and conditions of employment in the San Mateo, California office and at other Morgan Stanley Dean Witter facilities.

5.   I would like this charge filed with the EEOC and the California Department of Fair Employment and Housing. I swear under penalty of perjury that I have read the above charge and that it is true and correct to the best of my knowledge, information and belief.

474094.1

STATE OF CALIFORNIA – State and Consumer Services Agency                                           ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)

TTY # (800) 700-2320

☐ H   1001 Tower Way, Suite 250, Bakersfield, CA 93309   (661) 395-2729

☐ C   1320 E. Shaw Avenue, Suite 150, Fresno, CA 93710   (559) 244-4760

☐ S/T   611 West Sixth Street, Suite 1500, Los Angeles, CA 90017   (213) 439-6799

☐ M   1515 Clay Street, Suite 701, Oakland, CA 94612   (510) 622-2941

☐ E   2000 "O" Street, Suite 120, Sacramento, CA 95814   (916) 445-5523

☐ D   1350 Front Street, Suite 3005, San Diego, CA 92101   (619) 645-2681

☒ A   San Francisco District Office, 1515 Clay Street, Suite 701, Oakland, CA 94612   (510) 622-2973

☐ G   111 North Market Street, Suite 810, San Jose, CA 95113   (408) 277-1277

☐ K   2101 East Fourth Street, Suite 255-B, Santa Ana, CA 92705   (714) 558-4266

Date: April 12, 2006

Case Name: DAISY JAFFE vs. MORGAN STANLEY DEAN WITTER

EEOC No: 370-2006-00197

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

*[signature: Wanda J. Kirby]*

WANDA J. KIRBY
Chief Deputy Director

EEOC Form 161-B (3/98)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**    Dean written

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Ms. Daisy Jaffe<br>3835 Ralston Avenue<br>Hillsboro, CA 94010 | From: | San Francisco District Office - 550<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL *(29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 370-2006-00197 | Thomas P. Magee,<br>Investigator | (415) 625-5669 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)     *for* H. Joan Ehrlich,<br>District Director     JUN 2 2 2006 *(Date Mailed)*

cc:   Ms. Sonia T. Banerji<br>Law Division<br>MORGAN STANLEY DEAN WITTER<br>101 California Street, 2nd Floor<br>San Francisco, CA 94111

Ms. Elizabeth A. Alexander<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>One Nashville Place<br>150 Fourth Avenue, North<br>Suite 1650<br>Nashville, TN 37219-2423