# EXHIBIT B

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ MDCR<br>■ EEOC | 471-2007-00323 |

MICHIGAN DEPARTMENT OF CIVIL RIGHTS and EEOC
*State or local Agency, if any*

Received
OCT 10 2006
EEOC Detroit District Office

| NAME (indicate Mr., Ms. or Mrs.) | | HOME TELEPHONE (include area code) |
|---|---|---|
| Ms. Denise Williams | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 4820 Parkgate Place No. 7 | Sylvania, Ohio 43560 | 06/02/53 |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Morgan Stanley DW, Inc. | Cat. D (500+) | (313) 963-8900 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 333 West Fort Street, 17th Floor | Detroit, Michigan 48226 | Wayne |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

■ RACE   ☐ COLOR   ■ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER *(specify)*

DATE DISCRIMINATION TOOK PLACE
EARLIEST           LATEST
March 2004 - Present
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.   Overview of Allegations

    1.   I am an African American woman. This sex discrimination charge is filed on behalf of myself, Denise Williams, and all others similarly situated. This charge is also filed individually with respect to race discrimination. Like other female employees of Morgan Stanley DW, Inc. (hereafter "MSDW"), I have been harmed by a continuing pattern and practice or policy of sex discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* and the Elliot-Larson Civil Rights Act, M.C.L.A. § 37.2101, *et seq.* I have also been harmed by a continuing pattern and practice or policy of race discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* and the Elliot-Larsen Civil Rights Act, M.C.L.A. § 37.2101, *et seq.*

II.   Work History

    2.   I was hired as a Financial Advisor by MSDW on or about March, 2004, in the Detroit, Michigan office. I am currently employed in that position.

| ■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 10/4/2006       *Denise Williams*<br>Date           Charging Party (signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

**CHARGING PARTY COPY**

Denise Williams
Charge of Discrimination

The Particulars Are (continued):

### III. Claims

3. <u>Compensation and Promotions</u>: I believe that I have been denied compensation made available to similarly-situated male and non-minority Financial Advisors.

MSDW routinely distributed business opportunities, including accounts from other brokers, departing and retiring brokers, referrals, leads, call-ins and walk-ins, and potential clients, to male, non-minority Financial Advisors, rather than to female or minority Financial Advisors. As a result of the inequitable and discriminatory distribution of accounts and account prospects, female and minority Financial Advisors have diminished income potential and diminished actual income as compared to similarly-situated male and non-minority Financial Advisors.

For example, on or about November 2005, MSDW gave a male, non-minority Financial Advisor with fewer qualifications than I a group of accounts from a senior broker. Also, since approximately October 2005, Financial Advisors Bill Goldenberg, Pamela Shaw, Lisa Thomas and others have resigned from MSDW. Lisa Thomas resigned within the last 180 days, in approximately May or June of 2006. MSDW distributed accounts of greater value from these brokers' books of business to a male, non-minority Financial Advisor who is similarly-situated to me than it distributed to me, and in some cases, gave me no accounts from these departing brokers. Also, while a similarly situated male, non-minority broker was permitted to enter into a lucrative partnership with a senior broker, I was told that no one wanted to enter a partnership with me. By discriminating against me with respect to these and other business opportunities and accounts, MSDW diminished my compensation.

I have also been subject to retaliation for complaints of gender and race discrimination I made to my branch office manager, Joe Michalak, starting in the Summer of 2005. Specifically, I complained to my branch office manager that I was not given the same opportunities for compensation as my male, non-minority colleagues. I also complained to my branch office manager regarding the hostile environment I have suffered as a result of my race, which included another broker calling a potential African American client "stupid nigger," "stupid idiot" and "worthless fool" in my presence so that I could hear him. MSDW isolated me after I made these complaints, including excluding me from Company functions. I was also moved from my office into the bull pen. Other similarly situated male, non-minority employees were not required to move into the bull pen.

### IV. Class Claims

4. It is my understanding and belief that MSDW has engaged in a continuing pattern and practice of discrimination against female Financial Advisors with respect to compensation, business allocation, and other terms and conditions of employment in the Detroit, Michigan office and at other MSDW facilities.

5. I would like this charge filed with the EEOC.

6. The statute of limitations of my claims of gender discrimination pursuant to Title VII of the Civil Rights Act of 1964, , as amended, 42 U.S.C. § 2000e *et seq.*, have been tolled based on the charge pending lawsuit, *Augst-Johnson et al. v. Morgan Stanley DW, Inc.*, Case No. 1:06-cv-01142-RWR, filed on June 22, 2006, in the United States District Court in the District of the District of Columbia and any underlying charges of discrimination filed with the EEOC by the named plaintiffs in that action.

I swear under penalty of perjury that I have read the above charge and that it is true and correct to the best of my knowledge, information and belief.

| AMENDED CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ MDCR ■ EEOC | 471-2007-00322 |

## MICHIGAN DEPARTMENT OF CIVIL RIGHTS and EEOC
*State or local Agency, if any*

| NAME (indicate Mr., Ms. or Mrs.) | | HOME TELEPHONE (include area code) |
|---|---|---|
| Ms. Denise Williams | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 4820 Wickford Green Rd. No. 5 | Sylvania, Ohio 43560 | 06/02/53 |

Received NOV - 2 2006 EEOC Detroit District Office

**NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one, list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (include area code) |
|---|---|---|
| Morgan Stanley DW, Inc. | Cat. D (500+) | (313) 963-8900 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 333 West Fort Street, 17th Floor | Detroit, Michigan 48226 | Wayne |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

■ RACE  ☐ COLOR  ■ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ■ AGE  ☐ DISABILITY  ☐ OTHER (specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST                LATEST
March 2004 - Present
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.  Overview of Allegations

1.  I am an African American woman over the age of 40. This Amended Charge of sex and race discrimination is filed on behalf of myself, Denise Williams, and all others similarly situated. This charge is also filed individually with respect to age discrimination. Like other female and minority employees of Morgan Stanley DW, Inc. (hereafter "MSDW"), I have been harmed by a continuing pattern and practice or policy of sex and race discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* and the Elliot-Larson Civil Rights Act, M.C.L.A. § 37.2101, *et seq.* I also bring this charge individually under he Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.*, as I have been harmed by a continuing pattern and practice or policy of age discrimination.

II. Work History

2.  I was hired as a Financial Advisor by MSDW on or about March, 2004, in the Detroit, Michigan office. I am currently employed in that position.

■ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedure.

I declare under penalty of perjury that the foregoing is true and correct.

10/30/06   *Denise Williams*
Date        Charging Party (signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

**CHARGING PARTY COPY**

562064. 2

Denise Williams
Amended Charge of Discrimination

The Particulars Are (continued):

### III. Claims

3. <u>Compensation and Promotions</u>: I believe that I have been denied compensation made available to similarly-situated male, non-minority Financial Advisors who are under the age of forty.

MSDW routinely distributed business opportunities, including accounts from other brokers, departing and retiring brokers, referrals, leads, call-ins and walk-ins, and potential clients, to male, non-minority Financial Advisors under the age of forty, rather than to female or minority Financial Advisors or those over age forty. As a result of the inequitable and discriminatory distribution of accounts and account prospects, female and minority Financial Advisors and those over the age of forty have diminished income potential and diminished actual income as compared to similarly-situated male and non-minority Financial Advisors and those Financial Advisors under age forty.

For example, on or about November 2005, MSDW gave a male, non-minority Financial Advisor who is under the age of forty with fewer qualifications than I a group of accounts from a senior broker. Also, since approximately October 2005, Financial Advisors Bill Goldenberg, Pamela Shaw, Lisa Thomas and others have resigned from MSDW. Lisa Thomas resigned within the last 180 days, in approximately May or June of 2006. MSDW distributed accounts of greater value from these brokers' books of business to a male, non-minority Financial Advisor under the age of forty who is similarly-situated to me than it distributed to me, and in some cases, gave me no accounts from these departing brokers. Also, while a similarly situated younger male, non-minority broker was permitted to enter into a lucrative partnership with a senior broker, I was told that no one wanted to enter a partnership with me. By discriminating against me with respect to these and other business opportunities and accounts, MSDW diminished my compensation.

I have also been subject to retaliation for complaints of gender and race discrimination I made to my branch office manager, Joe Michalak, starting in the Summer of 2005. Specifically, I complained to my branch office manager that I was not given the same opportunities for compensation as my male, non-minority colleagues. I also complained to my branch office manager regarding the hostile environment I have suffered as a result of my race, which included another broker calling a potential African American client "stupid nigger," "stupid idiot" and "worthless fool" in my presence so that I could hear him. MSDW isolated me after I made these complaints, including excluding me from Company functions. I was also moved from my office into the bull pen. Other similarly situated male, non-minority employees were not required to move into the bull pen.

### IV. Class Claims

4. It is my understanding and belief that MSDW has engaged in a continuing pattern and practice of discrimination against female and minority Financial Advisors with respect to compensation, business allocation, and other terms and conditions of employment in the Detroit, Michigan office and at other MSDW facilities.

5. I would like this charge filed with the EEOC.

6. The statute of limitations of my claims of gender discrimination pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, have been tolled based on the charge pending lawsuit, *Augst-Johnson et al. v. Morgan Stanley DW, Inc.*, Case No. 1:06-cv-01142-RWR, filed on June 22, 2006, in the United States District Court in the District of the District of Columbia and any underlying charges of discrimination filed with the EEOC by the named plaintiffs in that action.

I swear under penalty of perjury that I have read the above charge and that it is true and correct to the best of my knowledge, information and belief.

562064.2

EEOC Form 161-B (10/96)            U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Denise Williams  
4820 Wickford Green Rd., No. 5  
Sylvania, OH 43560

From: Equal Employment Opportunity Commission  
Detroit District Office  
Patrick V. McNamara Building; Room 865  
477 Michigan Avenue  
Detroit, MI 48226-9704

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 471-2007-00323 | Spyridon E. Mellos, Investigator | (313) 226-4629 |

*(See also the additional information attached to this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

     [ ]    More than 180 days have passed since the filing of this charge.

     [X]   Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

     [ ]    The EEOC is terminating its processing of this charge.

     [ ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

     [X]   The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

     [ ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____  
Danny G. Harter, District Director

12/05/06  
*(Date Mailed)*

Enclosure(s)  
Ms. Cathy Grosso  
Director, Morgan Stnaley DW, Inc.  
Harborside Financial Center  
Plaza Two, 3rd Floor  
Jersey City, NJ 07311

Elizabeth A. Alexander  
Lieff, Gabraser, Heinmann & Bernstien, LLP  
One Nashville Place  
150 Fourth Avenue, North, Ste 1650  
Nashville, TN 37219-2423

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: backpay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/96 to 12/1/96, you should file suit before 7/1/98 -- *not* 12/1/98 -- in order to recover unpaid wages due for July 1996. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA backpay recovery period.

ATTORNEY REPRESENTATION -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

| | | |
|---|---|---|
| THIS NOTIFICATION IS ISSUED UNDER THE AUTHORITY OF ACTS 220 & 453, PA OF 1976 AS AMENDED | STATE OF MICHIGAN<br>DEPARTMENT OF CIVIL RIGHTS | CADILLAC PLACE, SUITE 3-600<br>3054 WEST GRAND BOULEVARD<br>DETROIT, MI, 48202 |

## NOTICE OF DISPOSITION AND ORDER OF DISMISSAL

EEOC #: 471-2007-00323C                     MDCR #: 367100

| Claimant: | Respondent: |
|---|---|
| Denise Williams<br>4820 Wickford Green Rd<br># 5<br>Sylvania, OH 43560 | Morgan Stanley Dean Witter<br>100 W Big Beaver<br>Suite 500<br>Troy, MI 48084 |

**REASON FOR DISMISSAL:**

This complaint, jointly filed with the United States Equal Employment Opportunity Commission (EEOC) and the Michigan Department of Civil Rights, alleges the respondent discriminated against the claimant in violation of the Elliott-Larsen Civil Rights Act and/or the Persons with Disabilities Civil Rights Act.

The EEOC assumed jurisdiction to investigate this jointly filed complaint and has closed its case. The MDCR has accepted the finding of the EEOC.

It is therefore ordered that this complaint be dismissed.

Date Dismissed: December 21, 2006          Date Mailed: December 27, 2006

/s/ Warren Bonam/ Director, Civil Rights Operations

**RULES OF CIVIL RIGHTS COMMISSION AND DEPARTMENT RELATING TO RECONSIDERATION AND APPEAL**

Rule 7.(1) A claimant may request of the department a reconsideration of its refusal to issue a charge. The request shall be in writing, state specifically, the grounds upon which it is based, and be filed within 30 days after the date of mailing of the notice of disposition of which reconsideration is requested. It shall be filed at any office of the department by personal delivery or by mail.

(2) The department may authorize a hearing on the request for reconsideration at such time and place, and before such hearing commissioner or commissioners or hearing referee or referees as it or the director may determine, and notice thereof shall be given to all parties to the proceedings.

Rule 13. Any party claiming to be aggrieved by a final order of the commission or the department, including without limitation a refusal to issue a charge, may appeal to the circuit court of the State of Michigan having jurisdiction provided by law within 30 days of the date of service of an appealable order.

CR462-OD (Rev 10-04)                                                                 Page 1 of 1