| | |
|---|---|
| Kelly M. Dermody (State Bar No. 171716)<br>Heather H. Wong (State Bar No. 238546)<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA  9411-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br>email: kdermody@lchb.com<br>email: hwong@lchb.com<br><br>Adam T. Klein (*pro hac vice*)<br>Piper Hoffman (*pro hac vice*)<br>Justin M. Swartz (*pro hac vice*)<br>OUTTEN & GOLDEN LLP<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone:  (212) 245-1000<br>Facsimile:  (212) 977-4005<br>email: atk@outtengolden.com<br>email: ph@outtengolden.com<br>email: jms@outtengolden.com<br><br>*Attorneys for the Plaintiffs*<br>*[Additional counsel on signature page]* | James N. Penrod (State Bar No. 43030)<br>Rebecca D. Eisen (State Bar No. 96129 )<br>L. Julius M. Turman (State Bar No. 226126)<br>Chaya M. Mandelbaum (State Bar No. 239084)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Tower<br>San Francisco, CA  94105<br>Direct:  415.442.1361<br>Fax:  415.442.1001<br><br>Mark S. Dichter, *admitted Pro Hac Vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA  19103<br>Tel:  215.963.5000<br>Fax:  215.963.5001<br><br>Kenneth L. Turnbull, *admitted Pro Hac Vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY  10178<br>Tel:  212.309.6000<br>Fax:  212.309.6001<br><br>*Attorneys for Defendant*<br>*Morgan Stanley & Co., Incorporated* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE, DENISE WILLIAMS, and MARGARET BENAY CURTIS-BAUER on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  vs.<br><br>MORGAN STANLEY & CO. INCORPORATED, f/k/a/ MORGAN STANLEY DW, INC.,<br><br>     Defendant. | Case No. C 06 3903 (TEH)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND FOR THE FILING OF THE MOTION FOR PRELIMINARY APPROVAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7612350.1

STIP. & ORDER TO CONTINUE THE CMC
AND FOR MOTION FOR PRELIMINARY
APPROVAL (C 06 3903 (TEH))

# STIPULATION

Defendant Morgan Stanley & Co. Incorporated (formerly known as Morgan Stanley DW, Inc.,) and Plaintiffs Daisy Jaffe, Denise Williams and Margaret Benay Curtis-Bauer by and through their undersigned counsel of record, hereby stipulate to the following:

**WHEREAS**, on August 2, 2007, the parties filed a Joint Status Report with the Court, reporting that they have reached a settlement in principal of the matter,

**WHEREAS**, on August 2, 2007, the parties stipulated to a request to file a Second Amended Complaint in the matter, which the Court granted and Plaintiffs filed on August 17, 2007;

**WHEREAS**, the Court has Ordered a October 15, 2007 Case Management Conference in the matter;

**WHEREAS**, the parties have stipulated to a schedule for the filing of the Motion for Preliminary Approval of the agreement to settle the class claims; and

**WHEREAS,** the parties wish to conserve judicial resources and their own by consolidating the number of appearances before the Court and the number of issues to be heard.

**NOW, THEREFORE, IT IS AGREED BETWEEN THE PARTIES AND RESPECTFULLY REQUESTED AS FOLLOWS:**

The Case Management Conference of October 15, 2007 is continued until November 26, 2007 at 1:30 p.m.;

Defendant shall file a response to the Second Amended Complaint on or before November 26, 2007;

The Motion for Preliminary Approval of the settlement shall be filed on or before October 22, 2007;

The hearing on the Motion for Preliminary Approval shall be held on November 26, 2007 at 1:30 p.m.

///

///

///

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Respectfully submitted,

Dated:  October 2, 2007

By:  /s/ *Kelly M. Dermody*
　　　Kelly M. Dermody

| | |
|---|---|
| Elizabeth A. Alexander (*pro hac vice*)<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>One Nashville Place<br>150 Fourth Avenue N., Suite 1650<br>Nashville, TN  37219-2423<br>Telephone:  (615) 313-9000<br>Facsimile:  (615) 313-9965 | Kelly M. Dermody (State Bar No. 171716)<br>Heather H. Wong (State Bar No. 238546)<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 |
| Adam T. Klein (*pro hac vice*)<br>Piper Hoffman (pro hac vice)<br>Justin M. Swarts (*pro hac vice)*<br>OUTTEN & GOLDEN LLP<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone:  (2112) 245-1000<br>Facsimile: (212) 977-4005 | James M. Finberg (State Bar No. 114850)<br>Eve H. Cervantez (State Bar No. 154709)<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064 |

*Attorneys for Plaintiffs*

Dated: October 2,  2007

By:  /s/ *L. Julius M. Turman*
　　　L. Julius M. Turman

MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  (415) 442-1361
Facsimile:  (415) 442-10001

*Attorneys for Defendant*
Morgan Stanley & Co., Incorporated

///

///

///

**IT IS SO ORDERED AS FOLLOWS:**

The Case Management Conference of October 15, 2007 is continued until November 26, 2007 at 10:00 a.m.;

Defendant shall file a response to the Second Amended Complaint on or before November 26, 2007;

The Motion for Preliminary Approval of the settlement shall be filed on or before October 22, 2007;

The hearing on the Motion for Preliminary Approval shall be held on November 26, 2007 at 10:00 a.m.

Date:  10/04/07



Honorable Thelton E. Henderson
United States District Judge

Judge Thelton E. Henderson

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7612350.1

3

STIP. & ORDER TO CONTINUE THE CMC
AND FOR MOTION FOR PRELIMINARY
APPROVAL (C 06 3903 (TEH))