| | |
|---|---|
| Kelly M. Dermody (State Bar No. 171716) | James N. Penrod (State Bar No. 43030) |
| Heather H. Wong (State Bar No. 238546) | Rebecca D. Eisen (State Bar No. 96129) |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | L. Julius M. Turman (State Bar No. 226126) |
| | Chaya M. Mandelbaum (State Bar No. 239084) |
| 275 Battery Street, 30th Floor | MORGAN, LEWIS & BOCKIUS LLP |
| San Francisco, CA  9411-3339 | One Market, Spear Tower |
| Telephone:  (415) 956-1000 | San Francisco, CA  94105 |
| Facsimile:  (415) 956-1008 | Direct:  415.442.1361 |
| email:  kdermody@lchb.com | Fax:  415.442.1001 |
| email:  hwong@lchb.com | |
| | Mark S. Dichter, *admitted Pro Hac Vice* |
| Adam T. Klein (*pro hac vice*) | MORGAN, LEWIS & BOCKIUS LLP |
| Piper Hoffman (*pro hac vice*) | 1701 Market Street |
| Justin M. Swartz (*pro hac vice*) | Philadelphia, PA  19103 |
| OUTTEN & GOLDEN LLP | Tel:  215.963.5000 |
| 3 Park Avenue, 29th Floor | Fax:  215.963.5001 |
| New York, New York 10016 | |
| Telephone:  (212) 245-1000 | Kenneth L. Turnbull, *admitted Pro Hac Vice* |
| Facsimile:  (212) 977-4005 | MORGAN, LEWIS & BOCKIUS LLP |
| email:  atk@outtengolden.com | 101 Park Avenue |
| email:  ph@outtengolden.com | New York, NY  10178 |
| email:  jms@outtengolden.com | Tel:  212.309.6000 |
| | Fax:  212.309.6001 |

*Attorneys for the Plaintiffs*
[Additional counsel on signature page]

*Attorneys for Defendant*
*Morgan Stanley & Co., Incorporated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE, DENISE WILLIAMS, and MARGARET BENAY CURTIS-BAUER on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MORGAN STANLEY & CO. INCORPORATED, f/k/a/ MORGAN STANLEY DW, INC., <br><br> Defendant. | Case No. C 06 3903 (TEH) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND MOTION FOR PRELIMINARY APPROVAL** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7616903.1

STIP. & ORDER TO CONTINUE THE CMC
AND MOTION FOR PRELIMINARY
APPROVAL (C 06 3903 (TEH))

## STIPULATION

Defendant Morgan Stanley & Co. Incorporated (formerly known as Morgan Stanley DW, Inc.,) and Plaintiffs Daisy Jaffe, Denise Williams and Margaret Benay Curtis-Bauer by and through their undersigned counsel of record, hereby stipulate to the following:

**WHEREAS** the Court has signed an order of October 4, 2007 continuing the Case Management Conference in this matter and setting the Motion for Preliminary Approval in this matter until November 26, 2007 at 10:00 a.m.;

**WHEREAS** November 26, 2007 is the Monday after the Thanksgiving holiday;

**WHEREAS** lead counsel for Defendant will be traveling from a previously scheduled Thanksgiving holiday trip and will not be able to travel from the east coast in time to appear on November 26, 2007 at 10:00 a.m. for the hearings, but will be able to appear on November 26, 2007 at 1:30 p.m.;

WHEREAS one of the lead counsel for Plaintiffs will also need to travel from the east coast for the hearings and continuing the matters until 1:30 p.m. would allow him to avoid the need to travel on the Sunday following the Thanksgiving holiday.

**NOW, THEREFORE, IT IS AGREED BETWEEN THE PARTIES AND RESPECTFULLY REQUESTED FOR GOOD CAUSE SHOWN, AS FOLLOWS:**

The Case Management Conference of November 26, 2007 at 10:00 a.m. and the hearing on the Motion for Preliminary Approval shall be continued from November 26, 2007 at 10:00 a.m., until the same day, November 26, 2007 at 1:30 p.m.

///

///

///

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

2  Respectfully submitted,

3  Dated:  October 15, 2007

4  By:  /s/ *Kelly M. Dermody*
       Kelly M. Dermody

5  Elizabeth A. Alexander (*pro hac vice*)     Kelly M. Dermody (State Bar No. 171716)
6  LIEFF, CABRASER, HEIMANN &                  Heather H. Wong (State Bar No. 238546)
   BERNSTEIN, LLP                              LIEFF, CABRASER, HEIMANN &
7  One Nashville Place                         BERNSTEIN, LLP
   150 Fourth Avenue N., Suite 1650            Embarcadero Center West
8  Nashville, TN  37219-2423                   275 Battery Street, 30th Floor
   Telephone:  (615) 313-9000                  San Francisco, CA  94111-3339
9  Facsimile:  (615) 313-9965                  Telephone:  (415) 956-1000
                                               Facsimile:  (415) 956-1008

10 Adam T. Klein (*pro hac vice*)              James M. Finberg (State Bar No. 114850)
   Piper Hoffman (pro hac vice)                Eve H. Cervantez (State Bar No. 154709)
11 Justin M. Swarts (*pro hac vice*)           Altshuler Berzon LLP
   OUTTEN & GOLDEN LLP                         177 Post Street, Suite 300
12 3 Park Avenue, 29th Floor                   San Francisco, CA 94108
   New York, New York 10016                    Telephone: (415) 421-7151
13 Telephone:  (2112) 245-1000                 Facsimile: (415) 362-8064
   Facsimile: (212) 977-4005
14

15 *Attorneys for Plaintiffs*

16 Dated: October 15,  2007                    By:  /s/ *L. Julius M. Turman*
17                                                  L. Julius M. Turman

18                                             MORGAN, LEWIS & BOCKIUS LLP
                                               One Market, Spear Street Tower
19                                             San Francisco, CA  94105
                                               Telephone:  (415) 442-1361
20                                             Facsimile:  (415) 442-10001

21                                             *Attorneys for Defendant*
                                               Morgan Stanley & Co., Incorporated

22

23

24

25 ///

26 ///

27 ///

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7616903.1

2

STIP. & ORDER TO CONTINUE THE CMC
AND MOTION FOR PRELIMINARY
APPROVAL (C 06 3903 (TEH))

1 The Court having considered the stipulation of counsel and for good cause shown,

2 **IT IS SO ORDERED AS FOLLOWS:**

3 The Case Management Conference of November 26, 2007 at 10 a.m. shall be continued
4 until November 26, 2007 at 1:30 p.m.; and

5 The hearing on the Motion for Preliminary Approval shall be continued from
6 November 26, 2007 at 10:00 a.m. until November 26, 2007 at 1:30 p.m.

9 Date: 10/16/07

Honorable Thelton E. Henderson
United States District Judge

*Judge Thelton E. Henderson* [signature stamp]

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7616903.1

3

STIP. & ORDER TO CONTINUE THE CMC
AND MOTION FOR PRELIMINARY
APPROVAL (C 06 3903 (TEH))