IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAISY JAFFE, et al.,

            Plaintiffs,

v.

MORGAN STANLEY & CO., INC.,

            Defendant.

NO. C 06-3903 TEH

ORDER CONTINUING HEARING

      The Court is in receipt of a letter dated October 23, 2007 from Ronald Moore and others who claim to be members of the proposed class in this action. The letter, while signed, was submitted to the Clerk of the Court without a return address. The Court will not consider this constructively anonymous document. The Court will impose appropriate sanctions for any further failure to conform to the Local Rules, including Local Rule 3-4(a), whether that failure is by counsel or parties proceeding *pro se*.

      Any member of the proposed class is entitled to object to a proposed settlement, Fed. R. Civ. Pro. 23(e)(4)(A). Hearing on the parties' Joint Motion for Preliminary Approval, currently set for November 26, 2007, is hereby continued to **10:00 a.m.** on December 3, 2007. Any written objections or opposition to the motion are due no later than November 9, 2007, and any reply is due by November 19, 2007.

**IT IS SO ORDERED.**

Dated: October 29, 2007

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT