James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jfinberg@altshulerberzon.com
Email: ecervantez@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Heather H. Wong (SBN 238546)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: kdermody@lchb.com
Email: hwong@lchb.com

Adam T. Klein (*pro hac vice*)
Piper Hoffman (*pro hac vice*)
Justin Schwartz (*pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
Email: atk@outtengolden.com
Email: ph@outtengolden.com
Email: jms@outtengolden.com

*Attorneys for the Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY JAFFE, DENISE WILLIAMS, and MARGARET BENAY CURTIS-BAUER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY DW, INC.,<br><br>Defendant. | **Case No. C 06-3903 TEH**<br><br>**<u>CLASS ACTION</u>**<br><br>**REPLY DECLARATION OF JAMES M. FINBERG IN SUPPORT OF MOTION FOR PRELIMINARY SETTLEMENT APPROVAL AND FOR CLASS CERTIFICATION**<br><br>Date:      December 3, 2007<br>Time:      10:00 a.m.<br>Location:  Courtroom of the Hon. Thelton E. Henderson |

I, James M. Finberg, declare as follows:

1.      I am a partner in Altshuler Berzon LLP, one of the three firms serving as co-counsel for plaintiff Curtis-Bauer and the proposed class.  The facts set forth herein are true of my personal knowledge.

2.      Attached hereto as Exhibit A is a true and correct copy of the Second Revised Settlement Agreement in *Augst-Johnson v. Morgan Stanley*, C-06-01142 (RWR) (D.D.C.).

3.      Attached hereto as Exhibit B is a true and correct copy of the Preliminary Approval Order issued in *Augst-Johnson v. Morgan Stanley*, C-06-01142 (RWR) (D.D.C.), issued on June 17, 2007, together with the Court-approved Notice of Settlement attached to the Preliminary Approval Order.

4.      Attached hereto as Exhibit C is a true and correct copy of the Final Order, dated October 26, 2007, in *Augst-Johnson v. Morgan Stanley*, C-06-01142 (RWR) (D.D.C.), Certifying Class, Approving Settlement Agreement, Approving Award of Attorneys Fees and Costs, and Dismissing Action Subject to the Court's Continuing Jurisdiction.

5.      I have served as co-lead counsel in dozens of class action lawsuits.  My experience is that the cost of notice and claims administration is tied closely to the size of the class.  Because the class in this case is relatively small (approximately 1,300 persons), I estimate that the cost of notice and claims administration will likely not exceed $50,000 in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: November 19, 2007                          /s/ James M. Finberg
                                                  James M. Finberg

- 1 -