| | |
|---|---|
| 1 | James M. Finberg (SBN 114850) |
| 2 | Eve H. Cervantez (SBN 164709)<br>ALTSHULER BERZON LLP |
| | 177 Post Street, Suite 300 |
| 3 | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| 4 | Facsimile: (415) 362-8064 |
| | Email: jfinberg@altshulerberzon.com |
| 5 | Email: ecervantez@altshulerberzon.com |

| | | |
|---|---|---|
| 6 | Kelly M. Dermody (SBN 171716) | Adam T. Klein (pro hac vice) |
| | Heather H. Wong (SBN 238546) | Piper Hoffman (pro hac vice) |
| 7 | LIEFF, CABRASER, HEIMANN & | Justin Schwartz (pro hac vice) |
| | BERNSTEIN, LLP | OUTTEN & GOLDEN LLP |
| 8 | 275 Battery Street, 30th Floor | 3 Park Avenue, 29th Floor |
| | San Francisco, CA 94111-3339 | New York, NY 10016 |
| 9 | Telephone: (415) 956-1000 | Telephone: (212) 245-1000 |
| | Facsimile: (415) 956-1008 | Facsimile: (212) 977-4005 |
| 10 | Email: kdermody@lchb.com | Email: atk@outtengolden.com |
| | Email: hwong@lchb.com | Email: ph@outtengolden.com |
| 11 | | Email: jms@outtengolden.com |

12

*Attorneys for the Plaintiffs*

13

14 UNITED STATES DISTRICT COURT

15 NORTHERN DISTRICT OF CALIFORNIA

16 SAN FRANCISCO/OAKLAND DIVISION

17

| | | |
|---|---|---|
| 18 | | |
| 19 | DAISY JAFFE, DENISE WILLIAMS and | Case No. C 06-3903 TEH |
| | MARGARET BENAY CURTIS-BAUER, | |
| 20 | on behalf of themselves and all others | CLASS ACTION |
| | similarly situated,, | |
| 21 | | |
| | Plaintiffs, | **DECLARATION OF ADAM T. KLEIN IN** |
| 22 | | **FURTHER SUPPORT OF PLAINTIFF'S** |
| | v. | **MOTION FOR PRELIMINARY** |
| 23 | | **APPROVAL OF CLASS ACTION** |
| | MORGAN STANLEY DW, INC., | **SETTLEMENT** |
| 24 | | |
| | Defendant. | |
| 25 | | |

26

27

28

- 1 -

1-SF/7619795.1

I, Adam T. Klein, declare:

1. I am a partner in the firm of Outten & Golden LLP ("O&G"), co-counsel for the Plaintiffs in the above-captioned proposed class action. I make these statements based on personal knowledge and would so testify if called as a witness at trial.

2. This Declaration is submitted in further support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

3. Prior to substantive negotiations in this matter, Plaintiffs' counsel obtained computerized compensation and HRIS data from Morgan Stanley relating to Financial Advisors and Financial Advisor Registered Trainees. Plaintiffs' counsel then engaged the services of the professional labor-economics firm Econsult to conduct an extensive analysis of all of the claims in this case, including whether African American and Latino Financial Advisors and Financial Advisor Registered Trainees were systematically disadvantaged by policies and practices at Morgan Stanley relating to compensation and other terms and conditions of employment.

4. Econsult's analysis of the supplied compensation dataset revealed that, on average, African American and Latino Financial Advisors at Morgan Stanley were compensated materially less than white Financial Advisors.

5. Econsult's analysis of the supplied HRIS dataset revealed that African American and Latino Financial Advisor Trainees and Financial Advisors were hired into Financial Advisor and Financial Advisor Trainee positions at materially lower rates than some might expect when compared to external availability rates.

6. Econsult's analysis of the supplied HRIS dataset reveals that African American and Latino Financial Advisors and Financial Advisor Registered Trainees had substantially higher rates of turnover than their white counterparts.

7. There are approximately 1,300 African American and Latino Financial Advisors and Financial Advisor Registered Trainees in the proposed settlement class in this case.

8. African American and Latino Financial Advisors in this case had, on average, fewer weeks worked when compared to the class members in *Augst-Johnson*.

9. The participation of counsel for plaintiff Curtis-Bauer in the negotiations over the

formula to be used for account distributions led to even greater de-emphasis on historical factors than had originally been contemplated by counsel for the plaintiffs in *Augst-Johnson* and counsel for Morgan Stanley.

      I declare, under penalty of perjury, under the laws of the State of New York that the foregoing is true and correct. Executed this 19th day of November, 2007 at New York, New York.

_____
ADAM T. KLEIN