James N. Penrod (State Bar No. 43030)
Rebecca D. Eisen (State Bar No. 96129 )
L. Julius M. Turman (State Bar No. 226126)
Gregg Paris Yates (State Bar No. 224641)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Direct: 415.442.1361
Fax: 415.442.1001

Mark S. Dichter, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001

Kenneth J. Turnbull, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001

*Attorneys for Defendant*
*Morgan Stanley & Co. Incorporated.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE, DENISE WILLIAMS, and MARGARET BENAY CURTIS-BAUER on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MORGAN STANLEY & CO. INCORPORATED, f/k/a/ MORGAN STANLEY DW, INC., <br><br> Defendant. | Case No. C 06 3903 (TEH) <br><br> **DECLARATION OF IRWIN L. GOLDSTEIN IN SUPPORT OF DEFENDANT'S RESPONSE TO THE OBJECTIONS OF PUTATIVE CLASS MEMBERS TO THE MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL** <br><br> **DATE: DECEMBER 3, 2007** <br> **TIME: 10:00 AM** |

DECLARATION OF IRWIN L. GOLDSTEIN
(C 06 3903 (TEH))

I, Irwin L. Goldstein, declare and state as follows:

1.    I am Senior Vice Chancellor for Academic Affairs for the University of Maryland. I previously served as Chair of the Department of Psychology and then as Professor and Dean of the College of Behavioral and Social Sciences at the University of Maryland. My work and research as an industrial psychologist has focused on understanding and resolving the constraints that affect people in organizations, particularly problems of race and gender discrimination. I have personal knowledge of the facts stated herein and if called as a witness I could and would testify competently thereto.

2.    I served as a designated Joint Expert, along with Kathleen Lundquist, for the Coca-Cola Discrimination Task Force, a designation that was approved by the court and the plaintiffs representing a class of minorities in a class action lawsuit against Coca-Cola. In that role, I helped lead Coca-Cola through more than five years of developing and implementing best practices in its Human Resource areas. Although that case was brought by African Americans, our work with Coca-Cola extended to address all minorities and women.

3.    In October 2007, I, along with Kathleen Lundquist, was approved by the court and by the plaintiffs representing a class of females in a class action against Morgan Stanley, to serve as a designated industrial psychologist under the parties' settlement agreement.

4.    I am also presently a court appointed member of the task force providing oversight to the Drug Enforcement Agency on Human Resource best practices. In that position, I advise the African American Monitoring oversight group. I have also served as an expert in numerous matters involving human resource practices and alleged race and/or sex discrimination.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    DECLARATION OF IRWIN L. GOLDSTEIN
(C 06 3903 (TEH))

5.    Based upon my experiences, I believe that having the same persons serve as industrial psychologists and addressing issues for both the gender and race discrimination cases against Morgan Stanley is in the best interest of both the classes for reasons set out below.

6.    While the programmatic relief provisions of the settlements in the race and gender settlements differ, there is substantial overlap in the HR processes addressed in those settlements. These overlaps include: EEO and Problem Resolution; Posting and selection for Branch Management positions; Diversity training; Compensation for management to reinforce diversity efforts; Account Distribution; and Development, Training and Mentoring. Because of this overlap, it will be more efficient to have the same industrial psychologists reviewing these processes. Based on the work Dr. Lundquist and I have already begun with Morgan Stanley, we have an understanding of the firm's policies and practices that we can effectively and efficiently apply in the context of the race case.

7.    Under the Morgan Stanley gender settlement, we are required to review data to ensure that there is fairness and consistency in Morgan Stanley's processes. The race settlement requires the same review. This fairness and consistency review would be substantially similar regardless of whether we are examining fairness to women or minorities, so there is no need to duplicate these efforts by using different industrial psychologists. For example, in the Coca-Cola settlement, Dr. Lundquist and I worked together and revised processes and tracked fairness and inclusion efforts not just for African Americans who were the subject of the settlement, but put in place mechanisms to monitor the processes for all ethnic minorities and women.

8.    To the extent that the issues are different for women and minorities, we would likely pick up both in our initial job observations. Indeed, some of the women we are studying

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3    DECLARATION OF IRWIN L. GOLDSTEIN
(C 06 3903 (TEH))

are also minorities. Planning and designing solutions to the issues raised would be most effective if we considered the perspectives of both women and minorities.

9.    If the same industrial psychologists are appointed in the race and gender settlements, there will be built in coordination of the review and enforcement of the settlements. If different industrial psychologists are used for the race and gender settlements, there is a risk that the industrial psychologists will develop inconsistent or conflicting processes for the two settlements. Such a result will be counterproductive to both settlements.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of November, 2007 in Adelphi, Maryland.

Irwin L. Goldstein

MORGAN, LEWIS &
ROCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4    DECLARATION OF IRWIN L. GOLDSTEIN
(C 06 3903 (TEH))