ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

SUZANNE BISH (*Pro Hac Vice Pending*)
STOWELL & FRIEDMAN, LTD.
321 South Plymouth Court, Suite 1400
Chicago, IL 60604
312-431-0888 (phone)
312-431-0228 (fax)
sbish@sfltd.com

Attorneys for PUTATIVE CLASS MEMBERS AND OBJECTORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY DW, Inc.,<br><br>Defendant. | Case No. C-06-3903 TEH<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF SUZANNE BISH *PRO HAC VICE* |

BY FAX

Suzanne Bish, an active member in good standing of the bar of Illinois and of the bar of the United States District Court for the Northern District of Illinois, whose business address and telephone number is 321 South Plymouth Court, Suite 1400, Chicago, Illinois 60604, (312) 431-0888, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Ronald Moore, Morris Allen, Jr., Michael Barnett, Anthony Bell, Patrick Carter, Martin Dixon, Ernest Dorsey, Mary Evans, Janice Grant, Justin Harris, Mark Lewers, Maurice Mabon, Brian Roy, Marion Tucker, and Carlton

1  McDowell in connection with the above-entitled action.

2  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: 12/5/07

**IT IS SO ORDERED**

The Honorable Thelton E. Henderson
United States District Judge

2
[PROPOSED] ORDER ON APPLICATION OF SUZANNE BISH *PRO HAC VICE*
CASE NO. C 06-3903 TEH