James N. Penrod (State Bar No. 43030)
Rebecca D. Eisen (State Bar No. 96129 )
L. Julius M. Turman (State Bar No. 226126)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Direct: 415.442.1361
Fax: 415.442.1001

Mark S. Dichter, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001

Kenneth J. Turnbull, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001

*Attorneys for Defendant*
*Morgan Stanley & Co. Incorporated.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE, DENISE WILLIAMS, and MARGARET BENAY CURTIS-BAUER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY & CO. INCORPORATED, f/k/a/ MORGAN STANLEY DW, INC.,<br><br>Defendant. | Case No. C 06 3903 (TEH)<br><br>**SUPPLEMENTAL DECLARATION OF ALEXA B. PAPPAS IN SUPPORT OF DEFENDANT'S MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF ALEXA B. PAPPAS
(C 06 3903 (TEH))

I, Alexa B. Pappas, declare and state as follows:

1. I have been employed by Morgan Stanley & Co. Incorporated ("Defendant" or "Morgan Stanley") since 2000, and during the last four years I have been an Executive Director/Managing Director in Morgan Stanley's Legal and Compliance Division, responsible for the employment law matters in the Global Wealth Management Group ("GWMG"). As part of my job responsibilities, I have litigated, managed, supervised and worked with outside counsel with respect to litigation brought and threatened against Morgan Stanley's GWMG, including the claims asserted in the matters of *Joanne Augst-Johnson, et al. v. Morgan Stanley* (*Augst-Johnson* matter), filed in the District of Columbia, and *Daisy Jaffe, et al. v. Morgan Stanley* (*Jaffe* matter), filed in the Northern District of California. I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify to those facts.

## THE PROGRAMMATIC RELIEF IN THE SETTLEMENT PROVIDES SUBSTANTIAL BENEFITS TO PRESENT AND FUTURE AFRICAN AMERICAN AND LATINO FINANCIAL ADVISORS AT MORGAN STANLEY

2. As a result of the settlement negotiations with counsel in this case, Morgan Stanley has agreed to make specific changes to the Power Rankings formula used by the GWMG to rank Financial Advisors and determine account distributions. These changes were in addition to the changes originally agreed to in the *Augst-Johnson* matter and were designed to specifically address the concerns raised by class counsel on behalf of African American and Latino Financial Advisors.

3. The changes to the Power Rankings formula place more emphasis on current performance and activities of Financial Advisors, and significantly reduce the reliance on historical performance. As a result, African American and Latino Financial Advisors who are currently performing well will likely enjoy increased participation in the account distributions as compared to their participation under the old factors.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF ALEXA B. PAPPAS
(C 06 3903 (TEH))

1-SF/7653611.1

4.    Morgan Stanley's programs, policies and initiatives reflect its commitment to increase the recruiting, hiring and retention of African Americans and Latinos. As a result of the settlement negotiations with counsel in this case, and in response to the concerns of African American and Latino Financial Advisors raised by the counsel, Morgan Stanley agreed to significant additional race-based programmatic changes. The minority-focused programs, policies and initiatives include:

a.  Maintaining a dedicated position within GWMG whose primary function is sourcing and recruitment of diverse candidates.

b.  Sourcing diverse candidates for entry level jobs through Morgan Stanley's Summer Internship, Richard Fischer Scholarship and similar programs.

c.  Conducting a biannual Minority Business Exchange, a national program for African Americans, Latinos and other minorities Financial Advisors, where the different pathways to success at Morgan Stanley are discussed and recommendations for business development and growth are shared.

d.  Providing additional study materials and resources to assist the Financial Advisor Trainees in obtaining the Series 7 registration.

e.  Conducting exit interviews of Financial Advisors and Registered Financial Advisor Trainees who terminate voluntarily in order to gain a better understanding as to the reason for the departures.

5.    Many of the programmatic changes agreed to in connection with the *Augst-Johnson* gender discrimination matter have been extended to include and address race-based concerns. These programs include:

a.  Including a diversity component in Branch Manager compensation designed to measure and reward efforts at recruiting, training, and retaining diverse Financial Advisors, including African Americans and Latinos (although the monitoring of this process is enhanced in the Jaffe agreement).

b.  Developing workplace initiatives designed to attract certain employee populations (e.g., women in Augst-Johnson, and African Americans and Latinos in the Jaffe

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

1-SF/7653611.1

DECLARATION OF ALEXA B. PAPPAS
(C 06 3903 (TEH))

agreement) to encourage their recruitment, retention and enhanced success (with enhanced emphasis in the *Jaffe* agreement on scholarships, targeted mentoring and training, and access to networking groups).

6.   Furthermore, certain of the programs agreed to in the *Augst-Johnson* settlement inure to the benefit of the African American and Latino Financial Advisors.  These programs include:

   a.   Increasing opportunities for Branch Manager mobility by posting all available Branch Manager, Financial Advisor in Charge, Sales Manager, and Assistant Branch Manager positions on GWMG's Internal Job Bank; and

   b.   Using GWMG's newly developed comprehensive management assessment and development program to provide candidates with a formal and transparent path to assessment and selection as branch managers, and provide field management with an established and tested protocol for selection of high-potential candidates by trained assessors.

7.   Many of the programs and initiatives described above, such as providing additional study materials and resources to assist the Financial Advisor Trainees in obtaining the Series 7 registration are new initiatives for Morgan Stanley and are being implemented as a result of the parties' settlement.  Some initiatives, such as including a component in Branch Manager compensation designed to measure and reward their efforts in recruiting diverse candidates, represent an enhancement of Morgan Stanley's existing programs.  Other programs, such as the Minority Business Exchange, have been conducted in the past, but as a result of the settlement, Morgan Stanley management has given up its right to discontinue or eliminate such programs and agreed to maintain these programs for term of settlement.

8.   We have also retained industrial psychologists to assist the firm in developing even more programs to assist in these areas of recruiting, retaining and developing minorities.  The firm is prepared to adopt programs recommended by the industrial psychologists that have a reasonable likelihood of improving our success in these areas.  I believe this will result in the development and implementation of unique and innovative policies and programs.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

1-SF/7653611.1

DECLARATION OF ALEXA B. PAPPAS
(C 06 3903 (TEH))

9.    Morgan Stanley estimates that it will spend approximately $7.5 million on diversity initiatives that are aimed squarely at the class members in this case – African American and Latino Financial Advisors and Registered Financial Advisor Trainees.  It is my belief that the policies, programs and initiatives implemented as a result of this settlement will attract and benefit African American and Latino Financial Advisors and Registered Financial Advisor Trainees during all phases of their careers at Morgan Stanley.  We anticipate that these efforts will result in significantly increasing the number of African American and Latino Financial Advisors, we hire, increasing our ability to retain those individuals, and increasing their success at Morgan Stanley, all of which will result in increased earnings for our African American and Latino population.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of January, 2008 at Purchase, New York.

ALEXA B. PAPPAS

ORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7653611.1

DECLARATION OF ALEXA B. PAPPAS
(C 06 3903 (TEH))