James N. Penrod (State Bar No. 43030)
Rebecca D. Eisen (State Bar No. 96129 )
L. Julius M. Turman (State Bar No. 226126)
Gregg Paris Yates (State Bar No. 224641)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA  94105
Direct:  415.442.1361
Fax:  415.442.1001

Mark S. Dichter, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:  215.963.5000
Fax:  215.963.5001

Kenneth J. Turnbull, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Tel:  212.309.6000
Fax:  212.309.6001

*Attorneys for Defendant*
*Morgan Stanley & Co. Incorporated.*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE, DENISE WILLIAMS, and MARGARET BENAY CURTIS-BAUER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY & CO. INCORPORATED, f/k/a/ MORGAN STANLEY DW, INC.,<br><br>Defendant. | Case No. C 06 3903 (TEH)<br><br>**SUPPLEMENTAL DECLARATION OF KATHLEEN K. LUNDQUIST IN SUPPORT OF DEFENDANT'S MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL** |

ORGAN, LEWIS &
BOCKIUS LLP
TTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF KATHLEEN K. LUNDQUIST
(C 06 3903 (TEH))

I, KATHLEEN K. LUNDQUIST, declare and state as follows:

1.    I have been working as an industrial psychologist since receiving my Ph.D. from Fordham University in 1979, Phi Beta Kappa, in psychology with a specialization in psychometrics. In 1995, I founded, and am currently serving as President of, Applied Psychological Techniques, a national firm that consults with Fortune 100 employers on the design and implementation of HR processes. I have personal knowledge of the facts stated herein and if called as a witness I could and would testify competently thereto.

2.    I served as a designated Joint Expert, along with Irwin L. Goldstein, for the Coca-Cola Discrimination Task Force, a designation that was approved by the court and the plaintiffs representing a class of minorities in a class action lawsuit against Coca-Cola. In addition, I have previously been the designated industrial psychologist in class action settlements approved by the court and by plaintiffs representing minorities in other race discrimination class actions against Ford, New Jersey State Troopers, Sodexho, and Pepco. Similarly, I was the designated industrial psychologist in a class action settlement approved by the court and by plaintiffs representing a class of females in a gender discrimination class action against the FBI. I have also been designated to serve as an industrial psychologist in class action settlements approved by the court and by plaintiffs representing women and minorities in race and gender discrimination class actions brought against Abercrombie & Fitch and Woodward Governor.

3.    In addition, in October 2007, I, along with Irwin L. Goldstein, was approved by the court and by the plaintiffs representing a class of females in a class action against Morgan Stanley, to serve as a designated industrial psychologist under the parties' settlement agreement.

4.    I have reviewed the parties' settlement agreement in this matter. Subject to Court approval, the parties have selected Irwin Goldstein and me to serve as industrial psychologists

RGAN, LEWIS &
3OCKIUS LLP
ITORNEYS AT LAW
SAN FRANCISCO

2    DECLARATION OF KATHLEEN K. LUNDQUIST
(C 06 3903 (TEH))

during the five year term of the settlement. As designated industrial psychologists, our objective is to develop programs and recommend actions that will enhance success of minority Financial Advisors (FAs) at Morgan Stanley, increase Morgan Stanley's success in attracting retaining, training, and promoting those minority FAs and making them more productive.

5.     The scope of our responsibilities under the settlement agreement is broad. We will review and make recommendations to improve Morgan Stanley's hiring practices; EEO and problem resolution processes; posting and selection procedures for Branch Management positions; diversity training; compensation for management to reinforce diversity efforts; account distribution processes; development, training and mentoring programs; and exit interviews.

6.     We have already begun our work. We have reviewed documents and policies to get a base knowledge of Morgan Stanley's practices and initiatives. We have begun job observations and evaluations. We have conducted numerous interviews of Morgan Stanley's FAs. We have met with and interviewed Human Resource process owners – those responsible for hiring, mentoring and training – as well as Regional Management and the firm's senior-most executives. I have also reviewed certain data showing the financial compensation of Morgan Stanley's African American and Latino FAs and Registered Trainees.

7.     We will use our expertise and experience to make recommendations that we believe will help the company achieve a higher level of success and enhance their ability to attract and retain minority FAs and increase their productivity. Based upon Morgan Stanley's stated commitment to bring about change and the enthusiastic feedback we have received, I have a high degree of confidence that our recommendations will be accepted by Morgan Stanley.

IORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3     DECLARATION OF KATHLEEN K. LUNDQUIST
(C 06 3903 (TEH))

8.    While it is premature to determine what our recommendations will be, based on our experiences in other matters, a core part of our work will be to identify the factors that we believe can further enhance Morgan Stanley's success in attracting minority candidates, retaining the minority employees, and increasing their productivity during employment.

9.    Based upon our work in other matters, I expect the changes that our recommended changes will deliver significant value to the class, even with conservative estimates as to the improvement in productivity, retention and hiring accomplished as a result of the changes.  For example:

(a)    Improved Productivity:  If the enhanced training, mentoring, development, and other programs implemented under the settlement result in just a 2% increase per year in the earnings of the African American and Latino FAs, this would represent a value of approximately $4 million to the class of minority FAs over the settlement term.

(b)    Improved Retention:  If each year Morgan Stanley is able to retain just 5 African American and/or Latino FAs for just one additional year of service, over the course of the settlement, this would also represent a value of approximately $4 million to the class of minority FAs over the settlement term.

(c)    Improved Hiring:  If Morgan Stanley is able to attract and retain just 3 additional African American and/or Latino FAs in each of the next five years, this would also represent a value of approximately $4 million to the class of minority FAs over the settlement term.

IRGAN, LEWIS &
3OCKIUS LLP
ITORNEYS AT LAW
SAN FRANCISCO

4    DECLARATION OF KATHLEEN K. LUNDQUIST
(C 06 3903 (TEH))

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 14th day of January, 2008 in Darien, Connecticut.

Kathleen K. Lundquist

ORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5    DECLARATION OF KATHLEEN K. LUNDQUIST
(C 06 3903 (TEH))