James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jfinberg@altshulerberzon.com
Email: ecervantez@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Heather H. Wong (SBN 238546)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: kdermody@lchb.com
Email: hwong@lchb.com

Adam T. Klein (pro hac vice)
Piper Hoffman (pro hac vice)
Justin Swartz (pro hac vice)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
Email: atk@outtengolden.com
Email: ph@outtengolden.com
Email: jms@outtengolden.com

*Attorneys for the Plaintiffs*

James N. Penrod (SBN 43030)
Rebecca D. Eisen (SBN 96129)
L. Julius M. Turman (SBN 226126)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Telephone: (415) 422-1361
Facsimile: (415) 442-1001

Mark S. Dichter, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Kenneth L. Turnbull, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Attorneys for Defendant
Morgan Stanley & Co. Incorporated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAISY JAFFE, DENISE WILLIAMS, and MARGARET BENAY CURTIS-BAUER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY DW, INC.,<br><br>Defendant. | Case No. C 06-3903 TEH<br><br>CLASS ACTION<br><br><br>**STIPULATION AND [PROPOSED] ORDER RE CLASS MEMBERS INADVERTENTLY LEFT OFF CLASS LIST** |

1   WHEREAS, Morgan Stanley & Co. Incorporated ("Morgan Stanley") has recently
2   discovered that 35 class members were inadvertently left off of the class list provided to the
3   claims administrator;

4   WHEREAS, as a result, those 35 class members were not mailed the notice that was sent
5   to all of the other class members on February 27, 2008;

6   WHEREAS, the parties agree that these class members are entitled to receive notice and
7   have an opportunity to submit a claim form or opt out or to object;

8   WHEREAS, the deadline for opting out or objecting under the original notice pursuant to
9   the Preliminary Approval Order was April 28;

10  WHEREAS, Ninth Circuit case law and due process indicate that class members should
11  be given at least 30 days notice, *see Torrisi v. Tucson Elec. Power Co.*, 8 F.3d 1370 (9th Cir.
12  1993);

13  WHEREAS, the parties recommend that notice be mailed to these 35 persons with a
14  supplemental letter explaining to them that they were inadvertently left off of the original notice,
15  and as a result they will be given 30 days from the date of the supplemental mailing to object, opt
16  out, or submit a claim form;

17  WHEREAS, if the Court approves this procedure, notice could be mailed to this group by
18  April 30, 2008, their opt outs, objections, and claim forms would be due by May 30, and there
19  would be no need to move the fairness hearing, which is currently scheduled for June 16, 2008;

20  The parties, through their respective counsel of record, hereby stipulate and agree as
21  follows:

22  1.  A supplemental letter, in the form attached as exhibit A, shall be sent to the 35
23  class members who were inadvertently left off of the class list, attaching the notice, but notifying
24  them that since they did not receive the notice when it was originally sent, they will have 30 days
25  from the date of the mailing of the supplemental notice to opt out, object, or submit a claim form;

26  2.  Morgan Stanley has provided a list of the 35 persons who were inadvertently left
27  off the original notice to Claims Administrator. The persons who were inadvertently left off of
28  original notice shall have 30 days from the date that the supplemental letter and orginal notice is

-1-   STIPULATION AND [ ] ORDER RE CLASS
MEBMERS INADVERTENTLY LEFT OFF CLASS LIST
CASE NO. C 06 3903 TEH

1  mailed, to submit an objection, a request for exclusion, or a claim form.

2      3.    There need not be re-mailing of notice to any other class members, and the
3  deadline set forth in the Court's Preliminary Approval Order shall remain the same for all class
4  members, except for those who were inadvertently left off the original notice.

6  Dated: April 28, 2008      By: __/s/ James M. Finberg_____
    James M. Finberg

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064
Email: jfinberg@altshulerberzon.com
Email: ecervantez@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Heather H. Wong (SBN 238546)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email: kdermody@lchb.com
Email: hwong@lchb.com

Adam T. Klein (pro hac vice)
Piper Hoffman (pro hac vice)
Justin Swartz (pro hac vice)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
Email: atk@outtengolden.com
Email: ph@outtengolden.com
Email: jms@outtengolden.com

*Attorneys for the Plaintiffs*

| | |
|---|---|
| Dated: April 28, 2008 | By: __/s/ L. Julius M. Turman_____<br>    L. Julius M. Turman |

James N. Penrod (SBN 43030)
Rebecca D. Eisen (SBN 96129)
L. Julius M. Turman (SBN 226126)
Chaya M. Mandelbaum (SBN 239084)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Telephone: (415) 422-1361
Facsimile:  (415) 442-1001

Mark S. Dichter, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  (215) 963-5000
Facsimile: (215) 963-5001

Kenneth L. Turnbull, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 309-6000
Facsimile:  (212) 309-6001

*Attorneys for Defendant*
*Morgan Stanley & Co. Incorporated*

## ORDER

The Court, having considered the above stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

Date: April 28, 2008                              /s/ Thelton E. Henderson
                                                  Honorable Thelton E. Henderson
                                                  United States District Judge