Kelly M. Dermody (State Bar No. 171716)
Heather H. Wong (State Bar No. 238546)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
email: kdermody@lchb.com
email: hwong@lchb.com

Adam T. Klein (*pro hac vice*)
Piper Hoffman (*pro hac vice*)
Justin M. Swartz (*pro hac vice*)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
email: atk@outtengolden.com
email: ph@outtengolden.com
email: jms@outtengolden.com

*Attorneys for the Plaintiff*
*[Additional counsel on signature page]*

Rebecca D. Eisen (State Bar No. 96129 )
Kent  M. Roger (State Bar No. 95987 )
L. Julius M. Turman (State Bar No. 226126)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA  94105
Direct:  415.442.1361
Fax:  415.442.1001

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARGARET BENAY CURTIS-BAUER on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO., INCORPORATED , f/k/a MORGAN STANLEY DW INC.,<br><br>Defendant. | Case No. C-06-3903 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXPANSION OF PAGE LIMITATIONS FOR FINAL SETTLEMENT APPROVAL PLEADINGS**<br><br>Date:        June 16, 2008<br>Time:        10:00 a.m.<br>Courtroom:   12<br>Honorable Thelton E. Henderson |

# STIPULATION

WHEREAS, on May 12, 2008, the Parties shall move for a Final Order approving the settlement reached in this matter, which shall be heard on June 16, 2008.

WHEREAS, objections to the final approval of the settlement have been filed.

WHEREAS, Plaintiff seeks to file a Memorandum of Points of Authority in Support of the Parties' Motion for Final Settlement Approval which fully addresses the issues raised by the objectors.

WHEREAS, Defendant will likely file a Memorandum of Points of Authority in response to Plaintiff's Memorandum and in reply to the Objectors' Memorandum in response to Plaintiff's Memorandum, which fully addresses the issues raised.

WHEREAS, it is in the interests of both the Parties and the Court to ensure that all issues relevant to the settlement and the objections to it are fully briefed and presented to the Court.  Thus, a longer, more detailed Memorandum in support of the the Parties' Motion for Final Settlement Approval and the Parties' Replies to the Objectors' Memorandum in Response to Plaintiff's Memorandum should assist the Court by aiding in the consideration of a large body of relevant evidence.

NOW, THEREFORE, IT IS AGREED BETWEEN THE PARTIES AS FOLLOWS:

Plaintiff shall be permitted to exceed the 25-page limit by not more than 15 additional pages in her Memorandum of Points and Authorities in Support of the Parties' Motion for Final Settlement Approval and in Reply to the Objectors' Memorandum in Response to Plaintiff's Memorandum; and

Defendant shall be permitted to exceed the 25-page limit by not more than 15 additional pages in its Memorandum of Points and Authorities in response to Plaintiff's Memorandum in support of the Parties' Motion for Final Settlement Approval and in reply to the Objectors' Memorandum in response to Plaintiff's Memorandum.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: May 12, 2008						By:	*/s/ Elizabeth A. Alexander*
								Elizabeth A. Alexander

| | |
|---|---|
| Elizabeth A. Alexander (*pro hac vice*)<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>One Nashville Place<br>150 Fourth Avenue N., Suite 1650<br>Nashville, TN 37219-2423<br>Telephone: (615) 313-9000<br>Facsimile: (615) 313-9965<br><br>Adam T. Klein (*pro hac vice*)<br>Piper Hoffman (*pro hac vice*)<br>Justin M. Swartz (*pro hac vice*)<br>OUTTEN & GOLDEN LLP<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005 | Kelly M. Dermody (State Bar No. 171716)<br>Heather H. Wong (State Bar No. 238546)<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>James M. Finberg (State Bar No. 114850)<br>ALTSHULER BERZON<br>177 Post Street, Ste. 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064 |

*Attorneys for Plaintiff*


Dated: May 12, 2008						By:	*/s/ L. Julius M. Turman*
								L. Julius M. Turman
								Rebecca D. Eisen (State Bar No. 96129 )
								Kent M. Roger (State Bar No. 95987 )
								L. Julius M. Turman (State Bar No. 226126)
								Gregg Paris Yates (State Bar No. 224641
								MORGAN, LEWIS & BOCKIUS LLP
								One Market, Spear Tower
								San Francisco, CA 94105
								Direct: (415) 442-1361
								Fax: (415) 442-1001

								*Attorneys for Defendant*

1

2        GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED THAT:

3        Plaintiff shall be permitted to exceed the 25-page limit by not more than

4   15 additional pages in her Memorandum of Points and Authorities in Support of the Parties'

5   Motion for Final Settlement Approval; and

6        Defendant shall be permitted to exceed the 25-page limit by not more than

7   15 additional pages in its Memorandum of Points and Authorities in response to Plaintiff's

8   Memorandum in support of the Parties' Motion for Final Settlement Approval and in reply to the

9   Objectors' Memorandum in response to Plaintiff's Memorandum.

10

11

12   Dated:  _____05/13/08_____

13                                                                    The Hon. Thelton E. Henderson



762539.1                                    - 3 -                              CASE NO. C-06-3903 THE

STIPULATION AND [PROPOSED] ORDER RE: EXPANSION OF PAGE LIMITS FOR MPA RE: FINAL SETTLEMENT APPROVAL