| | |
|---|---|
| James M. Finberg (State Bar No. 114850)<br>Eve H. Cervantez (State Bar No. 164709)<br>ALTSHULER BERZON<br>177 Post Street, Ste. 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064 | James N. Penrod (State Bar No. 43030)<br>Rebecca D. Eisen (State Bar No. 96129 )<br>L. Julius M. Turman (State Bar No. 226126)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Tower<br>San Francisco, CA 94105<br>Direct: 415.442.1361<br>Fax: 415.442.1001 |
| Kelly M. Dermody (State Bar No. 171716)<br>Heather H. Wong (State Bar No. 238546)<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | Mark S. Dichter, *admitted Pro Hac Vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: 215.963.5000<br>Fax: 215.963.5001 |
| Adam T. Klein<br>Piper Hoffman *(pro hac vice)*<br>Justin M. Swartz *(pro hac vice)*<br>OUTTEN & GOLDEN LLP<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005 | Kenneth J. Turnbull, *admitted Pro Hac Vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, NY 10178<br>Tel: 212.309.6000<br>Fax: 212.309.6001<br><br>*Attorneys for Defendant*<br>*Morgan Stanley & Co. Incorporated* |

*Attorneys for the Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAISY JAFFE,<br><br>               Plaintiff,<br><br>vs.<br><br>MORGAN STANLEY & CO. INCORPORATED,<br><br>               Defendant. | Case No. C 06 3903 (TEH)<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS
(C 06 3903 (TEH))

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1) and to the terms of the Settlement
2    Agreement entered by the above-named parties, Plaintiff, Daisy Jaffe, and Defendant, Morgan
3    Stanley & Co. Incorporated, do hereby STIPULATE, by and through their counsel, to discontinue
4    and dismiss with prejudice Plaintiff's individual claims of Intentional Gender Discrimination
5    under 42 U.S.C. §§ 2000e et seq., Disparate Impact Gender Discrimination under 42 U.S.C. §§
6    2000e et seq., Gender Discrimination under Cal. Gov't Code §§ 12940 et seq., Age
7    Discrimination under 29 U.S.C. §§ 621 et seq., and Age Discrimination under Cal. Gov't Code §§
8    12940 et seq. The parties further stipulate that each party bear her, or its, own fees and costs.

Dated: May 12, 2008                By: _____
                                   Kelly M. Dermody (State Bar No. 171716)
                                   Heather H. Wong (State Bar No. 238546)
                                   LIEFF, CABRASER, HEIMANN &
                                   BERNSTEIN, LLP
                                   Embarcadero Center West
                                   275 Battery Street, 30th Floor
                                   San Francisco, CA 94111-3339
                                   Telephone: (415) 956-1000
                                   Facsimile: (415) 956-1008

                                   James M. Finberg (State Bar No. 114850)
                                   ALTSHULER BERZON
                                   177 Post Street, Ste. 300
                                   San Francisco, CA 94108
                                   Telephone: (415) 421-7151
                                   Facsimile: (415) 362-8064

                                   Adam T. Klein
                                   Piper Hoffman (*pro hac vice*)
                                   Justin M. Swartz (*pro hac vice*)
                                   OUTTEN & GOLDEN LLP
                                   3 Park Avenue, 29th Floor
                                   New York, New York 10016
                                   Telephone: (212) 245-1000
                                   Facsimile: (212) 977-4005

                                   *Attorneys for Plaintiff*
                                   Daisy Jaffe

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2       STIPULATION AND [PROPOSED] ORDER FOR
        DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS

| | | |
|---|---|---|
| 1 | Dated: May 13, 2008 | By: _____ |
| 2 | | L. Julius M. Turman |
| | | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | | One Market, Spear Street Tower |
| | | San Francisco, CA 94105 |
| | | Telephone: (415) 442-1361 |
| 4 | | Facsimile: (415) 442-10001 |

James N. Penrod (State Bar No. 43030)
Rebecca D. Eisen (State Bar No. 96129 )
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Direct: 415.442.1361
Fax: 415.442.1001

Mark S. Dichter, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001

Kenneth J. Turnbull, *admitted Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001

*Attorneys for Defendant*
Morgan Stanley & Co. Incorporated

## ORDER

IT IS HEREBY ORDERED, upon the stipulation of the parties, that the individual claims of Plaintiff Daisy Jaffe, as set forth above, are dismissed with prejudice.

IT IS SO ORDERED.

Date: 05/15/08  _____
Honorable Thelton E. Henderson
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS

3