UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGARET BENAY CURTIS-BAUER on behalf of herself and all others similarly situated,<br><br>                        Plaintiffs<br><br>                    vs.<br><br>MORGAN STANLEY & CO. INCORPORATED, f/k/a/ MORGAN STANLEY DW, INC.,<br><br>                        Defendant. | Case No. C 06 3903 (TEH)<br><br>**SUPPLEMENTAL DECLARATION OF KATHLEEN K. LUNDQUIST WITH RESPECT TO MOTION FOR FINAL APPROVAL**<br><br>**DATE: JUNE 16, 2008**<br>**TIME:  10:00 AM** |

I, KATHLEEN K. LUNDQUIST, declare and state as follows:

1.      I have been working as an organizational psychologist since receiving my Ph.D. from Fordham University in 1979, Phi Beta Kappa, in psychology with a specialization in psychometrics.  In 1995, I founded, and am currently serving as President of, Applied Psychological Techniques, a national firm that consults with Fortune 100 employers on the design and implementation of HR processes.  I am licensed as a psychologist in the State of Connecticut.

MORGAN, LEWIS & BOCKIUS LLP ATTORNEYS AT LAW SAN FRANCISCO

DECLARATION OF KATHLEEN K. LUNDQUIST (C 06 3903 (TEH))

I have personal knowledge of the facts stated herein and if called as a witness I could and would testify competently thereto.

2.     I have been provided with and I have read the Objector's Objections to Approval of the Proposed Class Settlement, filed on April 28, 2008. I have specifically read pages 10 through 11, which contain representations about my prior experience with regard to some past and ongoing class action matters. These representations are inaccurate in several respects. I make this declaration to correct those inaccuracies and to clarify my past role and provide accurate information regarding my experience.

3.     I did not serve as a testifying expert for the defendant in the *McReynolds v. Sodexho* race discrimination class action. I was the designated industrial psychologist in the settlement, jointly selected by the parties and approved by the court. My role was to develop the new Human Resource processes, including job analyses and selection processes, and to help the company become compliant with the Uniform Guidelines.

4.     I also served as a designated Joint Expert, along with Irwin L. Goldstein, for the Coca-Cola Discrimination Task Force, approved by the court and the plaintiffs representing a class of African Americans in a class action lawsuit against Coca-Cola. I have also been appointed as a court-approved expert as part of the settlements in class actions, including the race and gender discrimination lawsuit of *Gonzalez et al., v. Abercrombie & Fitch*, the race discrimination lawsuit of *Robinson v. Ford Motor Company*, the gender discrimination class action against the FBI entitled *Patricia Boord v. John Ashcroft*, and the race discrimination lawsuit of *Bell et. al. v. Woodward Governor*.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
1-
SF/771034
2 1

DECLARATION OF KATHLEEN K. LUNDQUIST
(C 06 3903 (TEH))

5.    With regard to the matter of *Employees Committed for Justice v. Eastman Kodak*, I have been retained by defendants only to testify about performance management processes used by the company and their compliance with best practices.

6.    I have been retained as an expert by the defense in *Puffer v. Allstate*. However, I have not testified, nor have I have been asked to testify, about company culture. I have been asked to testify about human resources practices including performance management, succession planning and compensation structures. I further note that it is my understanding that the matter is ongoing and there has been no finding in the case.

7.    I have also been retained by plaintiffs as a testifying expert in several class actions, including the race discrimination class action brought by private plaintiffs and the Department of Justice against the City of Macon, Georgia, the race discrimination class action brought by the NAACP against the City of New York Department of Parks (*Robert Wright, et al., v. Henry J. Stern, et al.*), the gender discrimination lawsuit against Nassau County, NY (*Ebbert et al. v. Nassau County, et al.*), and the race discrimination lawsuit against the Port Authority of New York & New Jersey (*The Port Authority Police Asian Jade Society of New York & New Jersey Inc., et al. v. The Port Authority of New York and New Jersey*). I have also testified on behalf of African American intervenors in the ongoing case of *United States of America v. Jefferson County, et al.*

8.    As for my experience with financial services institutions, I have been a consultant to Citigroup, UBS, Goldman Sachs, Smith Barney and American Express. The work I have done for these companies includes job analyses, adverse impact analyses, study of selection practices and other Human Resources policies and practices. I have also consulted with these companies

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3
1-
SF/771034
DECLARATION OF KATHLEEN K. LUNDQUIST
(C 06 3903 (TEH))

regarding senior management assessments, as well as evaluating various positions within the financial services industries.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 3rd day of June, 2008 in Darien, Connecticut.

Kathleen K. Lundquist

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

1-
SF/771034

DECLARATION OF KATHLEEN K. LUNDQUIST
(C 06 3903 (TEH))