ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (facsimile)
rnelson@nelsonlawgroup.net

MARY STOWELL (*pro hac vice*)
LINDA D. FRIEDMAN (*pro hac vice*)
SUZANNE E. BISH (*pro hac vice*)
STOWELL & FRIEDMAN, LTD
321 S. Plymouth Court, Suite 1400
Chicago, Illinois  60604
(312) 431-0888 (phone)
(312) 431-0228 (facsimile)
mstowell@sfltd.com
lfriedman@sfltd.com
sbish@sfltd.com

BARI S. ROBINSON (SBN# 91743)
LAW OFFICES OF BARI S. ROBINSON
1970 Broadway, Suite 1250
Oakland, California 94612
(510) 625-1507
barirobinson@aol.com

Attorneys for Plaintiff Denise Williams, et al.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE, et al., <br><br> Plaintiff, <br><br> v. <br><br> MORGAN STANLEY & CO., INC., <br><br> Defendant. | Case No. C 06-3903 TEH <br><br> **STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR OPPOSITION TO MOTION FOR RECONSIDERATION BY TWO DAYS** |

**WHEREAS** the Court, on July 29, 2008, granted a motion by Plaintiffs for reconsideration of the Court's July 7, 2008 Order; and

**WHEREAS** the Court's order of July 29, 2008 allowed the Objectors and the former named plaintiff and class representative, Denise Williams, 10 days to file opposition briefs to the motion for reconsideration, so under Federal Rule of Civil Procedure 6 response is due August 12, 2008; and

**WHEREAS** Counsel for the Objectors and Ms. Williams had numerous previously-scheduled commitments in other matters and previously-scheduled travel plans between July 29 and the date that the opposition briefs are due; and

**WHEREAS** this Court has not set a date for ruling or hearing on Plaintiffs' Motion for Reconsideration, and the Objectors and Ms. Williams have not previously sought or been granted an extension of time to respond; and

**WHEREAS** Counsel for the Objectors and Ms. Williams have conferred with Class Counsel, who agree to this stipulation to allow the Objectors and Ms. Williams two additional business days to file their opposition, or until August 14, 2008,

///

**NOW THEREFORE** Plaintiffs, Denise Williams, and Objectors, by and through their counsel-of-record, **HEREBY STIPULATE** that:

1. With the Court's permission and approval, the Objectors' and Ms. Williams' opposition briefs to Plaintiffs' motion for reconsideration will be filed by August 14, 2008.

**IT IS SO STIPULATED.**

On behalf of Denise William and Objectors,

/s/ Suzanne E. Bish

STOWELL & FRIEDMAN, LTD

Mary Stowell  (*pro hac vice*)
Linda D. Friedman  (*pro hac vice*)
Suzanne E. Bish  (*pro hac vice*)
STOWELL & FRIEDMAN, LTD
321 S. Plymouth Court, Suite 1400
Chicago, Illinois  60604
(312) 431-0888 (phone)
Email:  lfriedman@sfltd.com

On behalf of Plaintiffs,

/s/ James M. Finberg

ALTSHULER BERZON LLP

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
Email:  jfinberg@altshulerberzon.com

**PURSUANT TO THE ABOVE-NOTED STIPULATION, IT IS SO ORDERED.**

DATED: August __8__, 2008    _____
                              Thelton E. Henderson
                              United States District Judge