ROBERT S. NELSON (SBN# 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

MARY STOWELL (*Pro hac vice*)
LINDA D. FRIEDMAN (*Pro hac vice*)
SUZANNE E. BISH (*Pro hac vice*)
STOWELL & FRIEDMAN LTD.
321 S. Plymouth Court, Suite 1400
Chicago, Illinois 60604
(312) 431-0888
Mstowell@sfltd.com
Lfriedman@sfltd.com

BARI S. ROBINSON (SBN# 91743)
LAW OFFICES OF BARI S. ROBINSON
1970 Broadway, Suite 1250
Oakland, California 94612
(510) 625-1507
barirobinson@aol.com

Attorneys for Denise Williams et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE, et al.,<br><br>         Plaintiff,<br>    v.<br><br>MORGAN STANLEY & CO., INC.,<br><br>         Defendant. | Case No. C 06-3903 TEH<br><br>[~~PROPOSED~~] ORDER GRANTING DENISE WILLIAMS' ADMINISTRATIVE MOTION TO FILE OPPOSITION AND SUPPORTING DOCUMENTS UNDER SEAL FOR IN CAMERA REVIEW<br><br>Date:  September 22, 2008<br>Time:  10:00 am<br>Dept:  Courtroom 12<br>Judge Thelton E. Henderson |

Having reviewed Plaintiff's Administrative Motion to File Opposition and Supporting Documents Under Seal for In Camera Review, the Court now FINDS, CONCLUDES, and ORDERS as follows:

Plaintiff's Administrative Motion to File Opposition and Supporting Documents Under Seal for In Camera Review is GRANTED.

DATED:   08/18/08                        **IT IS SO ORDERED**

_____
The Honorable Thelton E. Henderson

*Judge Thelton E. Henderson*

[PROPOSED] ORDER GRANTING DENISE WILLIAMS' MOTION TO FILE OPPOSITION AND
SUPPORTING DOCUMENTS UNDER SEAL FOR IN CAMERA REVIEW
CASE NO. C 06-3903 TEH