Kelly M. Dermody (SBN 171716)
Heather H. Wong (SBN 238546)
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email: kdermody@lchb.com
Email: hwong@lchb.com

*Additional Attorneys for the Plaintiff
Listed on Signature Page*

James N. Penrod (SBN 43030)
L. Julius M. Turman (SBN 226126)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Telephone: (415) 422-1361
Facsimile:  (415) 442-1001

*Additional Attorneys for Defendant
Morgan Stanley & Co., Incorporated
Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| MARGARET BENAY CURTIS-BAUER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED, f/k/a MORGAN STANLEY DW INC.,<br><br>Defendant. | Case No. C 06-3903 TEH<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VINCENT GRIFFIN** |

1    WHEREAS, the parties filed a list of 23 class members who timely opted out of the class
2 settlement as Exhibit A to the [Proposed] Final Judgment on June 13, 2008 (Docket No. 199);
3    WHEREAS, at the Fairness Hearing on June 16, 2008, Objectors brought to the Court's
4 attention that class member Vincent Griffin had submitted a timely opt-out request dated April
5 28, 2008 and was not listed on the list of opt-outs submitted by the parties;
6    WHEREAS, the parties noted that if Mr. Griffin's opt-out request was submitted timely,
7 they would have no objections to honoring it;
8    WHEREAS, the Claims Administrator notified Class Counsel on June 19, 2008 that Mr.
9 Griffin had also submitted a timely Claim Form, postmarked May 23, 2008;
10   WHEREAS, Class Counsel contacted Linda Friedman, counsel for Mr. Griffin, on June
11 19, 2008 to request that she indicate her client's intent by the end of the day so that they could
12 inform the Court;
13   WHEREAS, after numerous attempts to get a definitive response from Ms. Friedman
14 regarding her client's intent, Class Counsel informed Ms. Friedman that it would assume that Mr.
15 Griffin's Claim Form was operative since it was the more recently-submitted document and
16 because no rescission of his opt-out statement was submitted;
17   WHEREAS, the Court's Order of October 22, 2008 Granting Reconsideration of the
18 Court's July 7, 2008 Order, Confirming Final Class Certification and Granting Final Approval to
19 Class Action Settlement, listed Mr. Griffin as a timely opt-out (see Docket No. 250, Appendix A);
20   WHEREAS, Ms. Friedman confirmed on October 23, 2008 that Mr. Griffin would like to
21 participate in the settlement;
22   THEREFORE, the parties, by and through their attorneys, hereby stipulate and request
23 that the Court order Vincent Griffin's Claim Form to be operative, remove Mr. Griffin from the
24 opt-out list attached as Appendix A to the Court's October 22, 2008 Order (Docket No. 250), and
25 allow Mr. Griffin to participate in the class settlement.
26
27
28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 3, 2008 | By:  /s/ Heather H. Wong  <br>          Heather H. Wong |
| 3 | | Kelly M. Dermody (SBN 171716) |
| 4 | | Heather H. Wong (SBN 238546)<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, LLP |
| 5 | | 275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339 |
| 6 | | Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008 |
| 7 | | Email: kdermody@lchb.com<br>Email: hwong@lchb.com |
| 8 | | |
| 9 | | James M. Finberg (SBN 114850)<br>Eve H. Cervantez (SBN 164709) |
| 10 | | ALTSHULER BERZON LLP<br>177 Post Street, Suite 300 |
| 11 | | San Francisco, CA  94108<br>Telephone:  (415) 421-7151 |
| 12 | | Facsimile:   (415) 362-8064<br>Email: jfinberg@altshulerberzon.com |
| 13 | | Email: ecervantez@altshulerberzon.com |
| 14 | | Adam T. Klein (pro hac vice)<br>Piper Hoffman (pro hac vice) |
| 15 | | Justin Swartz (pro hac vice)<br>OUTTEN & GOLDEN LLP |
| 16 | | 3 Park Avenue, 29th Floor<br>New York, NY 10016 |
| 17 | | Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005 |
| 18 | | Email: atk@outtengolden.com<br>Email: ph@outtengolden.com |
| 19 | | Email: jms@outtengolden.com |
| 20 | | *Attorneys for the Plaintiff* |
| 21 | Dated: November 3, 2008 | By:  /s/ L. Julius M. Turman  <br>         L. Julius M. Turman |
| 22 | | |
| 23 | | James N. Penrod (SBN 43030)<br>Rebecca D. Eisen (SBN 96129) |
| 24 | | L. Julius M. Turman (SBN 226126)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 25 | | One Market, Spear Tower<br>San Francisco, CA 94105 |
| 26 | | Telephone: (415) 422-1361<br>Facsimile:  (415) 442-1001 |
| 27 | | |
| 28 | | |

Mark S. Dichter (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Kenneth L. Turnbull (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Attorneys for Defendant*
*Morgan Stanley & Co., Incorporated*

IT IS SO ORDERED.

Dated: _____11/04/08_____

_____
The Hon. Thelton E. Henderson
United States District Judge

Judge Thelton E. Henderson