IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY JAFFE, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>MORGAN STANLEY & CO.,<br><br>             Defendant. | NO. C06-3903 TEH<br><br>ORDER GRANTING JOINT MOTION TO RESCIND OPT-OUTS AND PERMIT CERTAIN OBJECTORS AND OPT-OUTS TO FILE CLAIMS FORMS |

This matter comes before the Court on a joint motion to rescind opt-outs and permit certain objectors and opt-outs to file claims forms. Prior to this Court's granting of final approval to the class action settlement, several individuals opted out of the settlement class and others objected to but did not opt out of the settlement. Many of these individuals ("Opt Outs" and "Designated Objectors") were represented by the same counsel and appealed the Court's approval of the settlement agreement to the United States Court of Appeals for the Ninth Circuit.

The parties, Opt Outs, and Designated Objectors reached agreement that if the Opt Outs and Designated Objectors dismissed their appeal, a joint motion would be filed before this Court to allow the Opt Outs and Designated Objectors to file claims seeking monetary relief from the settlement fund. Because this motion was jointly brought by Plaintiffs, Defendant, Opt Outs, and Designated Objectors, the Court finds oral argument to be unnecessary and now GRANTS the motion.

With good cause appearing, IT IS HEREBY ORDERED that Opt Outs Morris Allen, Michael Barnett, Anthony Bell, Patrick Carter, Theron Cyrus, Martin Dixon, Lanta Evans-Mott, Janice Grant, John Greer, Jacqueline Howard, Mark Lewers, Maurice Mabon, Carlton McDowell, Ronald Moore, Sara Nyamuswa, James Owens, Brian Roy, Hubert

Stalling, and Marion Tucker shall have until **September 20, 2010**, to rescind their opt-outs from the monetary portion of the settlement class.

    IT IS FURTHER ORDERED that the Opt Outs who rescind their opt-outs and Designated Objectors Ernest Dorsey, Mary Evans, Debra Frazier, Jonathan Glover, Latrissa Gordon, Billy Manning, Peter Meme, and Jerome Senegal shall have until **September 20, 2010**, to file claims forms seeking monetary relief pursuant to the class action settlement approved by this Court.

**IT IS SO ORDERED.**

Dated:   08/19/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT