| | |
|---|---|
| James M. Finberg (SBN 114850) | Mark S. Dichter, *admitted Pro Hac Vice* |
| Eve H. Cervantez (SBN 164709) | MORGAN, LEWIS & BOCKIUS LLP |
| ALTSHULER BERZON LLP | 1701 Market Street |
| 177 Post Street, Suite 300 | Philadelphia, PA 19103 |
| San Francisco, CA 94108 | Telephone: (215) 963-5000 |
| Telephone: (415) 421-7151 | Facsimile: (215) 963-5001 |
| Facsimile: (415) 362-8064 | |
| Email: jfinberg@altshulerberzon.com | L. Julius M. Turman (SBN 226126) |
| Email: ecervantez@altshulerberzon.com | MORGAN, LEWIS & BOCKIUS LLP |
| | One Market, Spear Tower |
| Kelly M. Dermody (SBN 171716) | San Francisco, CA 94105 |
| Daniel M. Hutchinson (SBN 239458) | Telephone: (415) 422-1361 |
| Heather H. Wong (SBN 238546) | Facsimile: (415) 442-1001 |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | Email: jturman@morganlewis.com |
| 275 Battery Street, 30th Floor | *Attorneys for Defendant* |
| San Francisco, CA 94111-3339 | *Morgan Stanley & Co. Incorporated* |
| Telephone: (415) 956-1000 | |
| Facsimile: (415) 956-1008 | |
| Email: kdermody@lchb.com | |
| Email: hwong@lchb.com | |

Adam T. Klein (pro hac vice)
Piper Hoffman (pro hac vice)
Justin Swartz (pro hac vice)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
Email: atk@outtengolden.com
Email: ph@outtengolden.com
Email: jms@outtengolden.com

*Attorneys for the Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAISY JAFFE, DENISE WILLIAMS, and MARGARET BENAY CURTIS-BAUER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MORGAN STANLEY & CO. INCORPORATED, f/k/a/ MORGAN STANLEY DW, INC.,<br><br>Defendant. | Case No. C 06 3903 (TEH)<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER APPROVING MODIFIED SETTLEMENT AGREEMENT** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1 #67894376 v.2

C 06 3903 (THE)
JOINT STIPULATION AND [PROPOSED] ORDER APPROVING
MODIFIED SETTLEMENT AGREEMENT

Plaintiff Margaret Benay Curtis-Bauer on behalf of the certified plaintiff class ("Plaintiffs") and Morgan Stanley & Co. Incorporated ("Morgan Stanley"), the parties to the above-entitled action (collectively, the "Parties"), respectfully submit the following stipulation to the Court for its approval:

## STIPULATION

WHEREAS, on October 22, 2008, this Court granted final approval of the Settlement Agreement in the above-referenced case (the "Settlement Agreement"). *Docket No. 250*.

WHEREAS, an Appeal to the Ninth Circuit challenging the final approval was filed by certain objectors. *Docket No. 253*.

WHEREAS, on July 9, 2010, the Stipulation and Agreement to Dismiss the Appeal was granted by the Ninth Circuit. *Docket No. 266*.

WHEREAS, on January 13, 2009, Morgan Stanley and Citigroup announced that they had reached an agreement to combine Morgan Stanley's Global Wealth Management Group (Morgan Stanley GWMG") and Citigroup's Smith Barney into a new joint venture to be called Morgan Stanley Smith Barney ("MSSB"). Under the terms of the agreement, Citigroup exchanged 100 percent of its Smith Barney, Smith Barney Australia and Quilter units for a 49 percent stake in the joint venture, while Morgan Stanley exchanged 100 percent of its Global Wealth Management business for a 51 percent stake in the joint venture. *Turman Decl., ¶ 2*.

WHEREAS, the employees of Morgan Stanley GWMG and Smith Barney were contributed to MSSB on June 1, 2010 and all of the employees covered by the Settlement Agreement are now employed by MSSB. *Turman Decl., ¶ 3*.

WHEREAS, this Court has jurisdiction over the terms of the Settlement Agreement, as set forth in the Court's October 22, 2008 Final Approval Order. *Docket No. 250* ("The Court retains jurisdiction over this matter, pursuant to the terms of the Settlement Agreement.").

WHEREAS, the Settlement Agreement provides, "The Court shall retain jurisdiction of this Action for five years from the Effective Date of the Settlement Agreement solely for the purpose of entering all orders and judgments authorized hereunder that may be necessary to implement and enforce the relief provided herein." *Docket No. 250, Exh. 1 at 9-10*. Additionally,

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1

C 06 3903 (THE)
JOINT STIPULATION AND [PROPOSED] ORDER APPROVING
MODIFIED SETTLEMENT AGREEMENT

"No material modifications to this Agreement may be made without prior Court approval." *Id. at 51.*

WHEREAS, MSSB and Class Counsel have agreed, subject to the Court's approval, to include the former Smith Barney Financial Advisors and Registered Financial Advisor Associates within the non-monetary provisions of the Modified Settlement Agreement. The contribution of employees to MSSB from Morgan Stanley and the inclusion of the contributed employees from Smith Barney necessitate certain non-substantive changes to the Settlement Agreement (as modified, the "Modified Settlement Agreement").

WHEREAS, because of the disruptions and changes resulting from the formation of MSSB, the parties have agreed, subject to the Court's approval, to change the Effective Date to October 1, 2010 from July 9, 2010 (the date Stipulation and Agreement to Dismiss the Appeal was granted by the Ninth Circuit) with the Modified Settlement Agreement remaining in effect for five years from that date. (Sections II.B.4, III.A.16 and III.B of the Modified Settlement Agreement).

WHEREAS, Morgan Stanley and Smith Barney had separate settlement agreements covering certain female employees of their respective firms. The creation of the MSSB Joint Venture necessitated the consolidation of those settlement agreements and the need to reconcile the differences between those agreements that in turn have created the need to reconcile certain provisions in the Consolidated Settlement Agreement with this Settlement Agreement. In addition, titles of some positions and some terminology have changed as a result of the formation of the Joint Venture. *Turman Decl., ¶ 4.*

WHEREAS, the proposed changes in the Modified Settlement Agreement, other than the changes to the job titles, terminology and history, are as follows:

1. Changing the Effective Date to October 1, 2010 with the Modified Settlement Agreements to run for five years from that date (sections II.B.4, III.A.16 and III.B of the Modified Settlement Agreement).

2. MSSB will have the discretion to uniformly extend the 12 month period during which lateral recruits will be ineligible for account re-distributions (section VII.D.3.b).

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

C 06 3903 (THE)
JOINT STIPULATION AND [PROPOSED] ORDER APPROVING
MODIFIED SETTLEMENT AGREEMENT

3. MSSB will have the discretion to modify, subject to certain limitations, the limitation on Financial Advisor associates receiving account re-distributions until they have satisfied certain requirements (section VII.D.3.b).

4. Financial Advisors who are on parental or short term disability leave will have the option to elect that to receive account re-distributions while on leave or receive credit for the re-distributions that they would have received while on leave (section VII.D.3.b).

5. A system of debits and credits has been added to the Account Distribution Policy in section VII.D.3.d. It generally provides that a Financial Advisor receiving a re-distribution through an exception will be disqualified from receiving other re-distributions of approximately equal asset value in the same or subsequent re-distributions and a Financial Advisor who does not receive a specific re-distribution as a result of an exception shall receive additional accounts in the same or subsequent re-distribution of approximate equal value.

6. The period of time by which accounts must be held in a Joint Production Agreement ("JPA") in order to justify the re-distribution of accounts to the remaining members of the JPA was reduced from 24 to 12 months (section VII.D.5.a).

7. Where the Financial Advisor of the Day is not qualified to handle a prospect's accounts the Branch Manager will now refer the prospective client to the next available Financial Advisor of the Day on the monthly roster qualified to handle the accounts rather than having the client interview a diverse slate of Financial Advisors to the extent available (section VIII.D.6.c).

8. The parties also agreed to add another Industrial Psychologist, who was the previously appointed Industrial Psychologist under the Smith Barney Settlement Agreement, to work with the two previously designated Industrial Psychologists under this settlement (section VII.G.2.a).

9. In reviewing the Settlement Agreement, Counsel noticed that there was not any reference to the amount of the monetary payment the Named Plaintiff would receive, although the amount had been expressly set forth in the Class Notice and approved by the Court. The parties have now inserted that amount in section V.B.

//

NOW THEREFORE, the Parties, through their respective counsel of record, hereby STIPULATE to respectfully request that the Court approve the Modified Settlement Agreement. Attached hereto are the proposed Modified Settlement Agreement and a redlined version showing all of the changes from the approved Settlement Agreement.

IT IS SO STIPULATED.

Dated:  August __, 2011          By: /s/ James M. Finberg
                                         James M. Finberg

                                     ALTSHULER BERZON LLP
                                     177 Post Street, Suite 300
                                     San Francisco, CA 94108
                                     Telephone: (415) 421-7151

                                     *Attorneys for Plaintiffs*

Dated:  August __, 2011          By: /s/ *L. Julius M. Turman*
                                         L. Julius M. Turman

                                     MORGAN, LEWIS & BOCKIUS LLP
                                     One Market, Spear Street Tower
                                     San Francisco, CA  94105
                                     Telephone:  (415) 442-1361
                                     Facsimile:  (415) 442-10001

                                     *Attorneys for Defendant*
                                     Morgan Stanley & Co. Incorporated

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

C 06 3903 (THE)
JOINT STIPULATION AND [PROPOSED] ORDER APPROVING
MODIFIED SETTLEMENT AGREEMENT

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  For the reasons described in the Parties' Joint Stipulation, approval of the Modified Settlement
3  Agreement is GRANTED.

5  DATE: _____9/7/2011_____    _____
6                                      The Honorable Thelton E. Henderson
                                       United States District Judge

*Judge Thelton E. Henderson*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

C 06 3903 (THE)
JOINT STIPULATION AND [PROPOSED] ORDER APPROVING
MODIFIED SETTLEMENT AGREEMENT