UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGARET BENAY CURTIS-BAUER, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MORGAN STANLEY & CO. INCORPORATED, f/k/a MORGAN STANLEY DW INC.,<br><br>　　　　　　Defendant. | Case No. C 06-3903 TEH<br><br>CLASS ACTION<br><br>**ORDER APPROVING REPORT AND RECOMMENDATION OF SPECIAL MASTER AND AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND** |

WHEREAS, the Court has reviewed the Report and Recommendation of Special Master Thomas A. Warren submitted to the Court on May 10, 2012, *in camera*, as provided by section VII.D.3.C. of the Modified Settlement Agreement [Docket No. 281-2], which was approved by this Court's Order dated September 7, 2011 [Docket No. 282];

WHEREAS, the Special Master's Report and Recommendation was prepared pursuant to, and fully complies with, the provisions for monetary relief set forth in Section VII of the Modified Settlement Agreement;

WHEREAS, good cause supports entering this Order now in order to facilitate distribution of the net Settlement Fund to authorized claimants;

This Court hereby ORDERS as follows:

1. The allocation formula in the Report and Recommendation of Special Master Thomas A. Warren, dated May 10, 2012, is approved.

2. The monetary awards to authorized claimants based upon that formula, as reflected in Exhibit C to the Report and Recommendation of Special Master Warren are approved.

3. The Special Master Thomas A. Warren shall hold the award to claimant Janice Grant in the amount of $23,276.81. The Claims Administrator shall serve this Order on Ms.

1

ORDER APPROVING REPORT AND RECOMMENDATION OF SPECIAL MASTER AND AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND CASE NO. C 06 3903 TEH

Grant and on Cougar Strategies, LLC and Leopard Trading, LLC via their agent(s) of record and inform Ms. Grant and Cougar Strategies, LLC and Leopard Trading, LLC that they have 30 days from the date of the entry of this order within which to submit briefing to the Special Master Thomas A. Warren in support of their respective claims to Ms. Grant's award funds. The Special Master may request further documentation or briefing if necessary, and shall then make the final determination as to the proper allocation of these funds.

**IT IS SO ORDERED.**

Date: May 17, 2012   _____
                    Honorable Thelton E. Henderson
                    United States District Judge

2

ORDER APPROVING REPORT AND
RECOMMENDATION OF SPECIAL MASTER AND
AUTHORIZING DISTRIBUTION OF SETTLEMENT
FUND CASE NO. C 06 3903 TEH