IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGARET BENAY CURTIS-BAUER,

                Plaintiff,

v.

MORGAN STANLEY & CO.,

                Defendant.

NO. C06-3903 TEH

ORDER RE: SPECIAL MASTER'S OCTOBER 2, 2012 REPORT AND RECOMMENDATION

The Court has reviewed the October 2, 2012 Report and Recommendation of Special Master Thomas A. Warren concerning the proper forum for the adjudication of the dispute concerning the allocation of the funds awarded to Claimant Janice Grant. The Special Master's recommendations appear to be legally correct and reasonable.

However, to ensure that the parties have a full and fair opportunity to be heard, the Court hereby directs the parties to file any objections they might have to the Special Master's recommendations on or before **October 24, 2012**. If no objections are filed by that date, the Court will issue an order approving and adopting the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: 10/11/2012

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT