| | |
|---|---|
| 1 | James M. Finberg (SBN 114850) |
| 2 | Eve H. Cervantez (SBN 164709)<br>P. Casey Pitts (SBN 262463) |
| 3 | ALTSHULER BERZON LLP<br>177 Post Street, Suite 300 |
| 4 | San Francisco, CA  94108<br>Telephone:  (415) 421-7151 |
| 5 | Facsimile:   (415) 362-8064<br>Email: jfinberg@altshulerberzon.com |
| 6 | Email: ecervantez@altshulerberzon.com<br>Email: cpitts@altshulerberzon.com |
| 7 | Kelly M. Dermody (SBN 171716) |
| 8 | Heather H. Wong (SBN 238546)<br>LIEFF, CABRASER, HEIMANN & |
| 9 |    BERNSTEIN, LLP<br>275 Battery Street, 30th Floor |
| 10 | San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000 |
| 11 | Facsimile:  (415) 956-1008<br>Email: kdermody@lchb.com |
| 12 | Email: hwong@lchb.com |
| 13 | Adam T. Klein (pro hac vice)<br>Justin Swartz (pro hac vice) |
| 14 | 3 Park Avenue, 29th Floor<br>New York, NY 10016 |
| 15 | Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005 |
| 16 | Email: atk@outtengolden.com<br>Email: jms@outtengolden.com |
| 17 | *Class Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARGARET BENAY CURTIS-BAUER, on behalf of herself and all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>MORGAN STANLEY & CO. INCORPORATED, f/k/a MORGAN STANLEY DW INC.,<br><br>           Defendant. | Case No. C 06-3903 TEH<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER AUTHORIZING CLAIMS ADMINISTRATOR TO MAKE DISTRIBUTION TO CLASS MEMBER ARTHUR VILLANUEVA**<br><br>Judge:         Hon. Thelton E. Henderson |

1  WHEREAS, had Mr. Villanueva filed a timely claim, he would have received a gross
2  award of $86,638.26;

3  WHEREAS, after payments to other Claimants, only $30,954.23 remains in the
4  Settlement Fund.  The remaining funds were from the awards allocated to Violet Lemmons and
5  Gabriel Anderson, the only two class members who did not return their Releases by the deadline.
6  All other class members who filed valid claims timely returned their Releases and were issued
7  checks.  All issued checks were cashed;

8  WHEREAS, the Claim Administrator's costs and expenses for calculating and processing
9  Mr. Villanueva's award are $1,775.  After deducting that amount from the available funds, the
10 amount remaining in the Settlement Fund will be $29,179.23;

11 WHEREAS, the money Morgan Stanley originally paid into the fund to cover the
12 employer's share of taxes on the Lemmons and Anderson awards is sufficient to cover the
13 employer taxes owed on Villanueva's award.

1  The parties hereby stipulate and agree that the Claims Administrator shall pay Mr.
2  Villanueva the sum of $29,179.23.

3

4  Dated: February 19, 2013

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
P. Casey Pitts (SBN 262463)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:   (415) 362-8064
Email: jfinberg@altshulerberzon.com
Email: ecervantez@altshulerberzon.com
Email: cpitts@altshulerberzon.com

   /s/  James M. Finberg
       James M. Finberg

Kelly M. Dermody (SBN 171716)
Heather H. Wong (SBN 238546)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email: kdermody@lchb.com
Email: hwong@lchb.com

Adam T. Klein (pro hac vice)
Justin Swartz (pro hac vice)
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
Email: atk@outtengolden.com
Email: jms@outtengolden.com

*Attorneys for the Plaintiffs*

2

STIPULATION AND [PROPOSED] ORDER
AUTHORIZING CLAIMS ADMINISTRATOR TO
MAKE DISTRIBUTION;
CASE NO. C 06 3903 TEH

| | |
|---|---|
| Dated: February 19, 2013 | Mark S. Dichter, *admitted Pro Hac Vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: (215) 963-5000<br>Facsimile: (215) 963-5001 |

                                                                                                                   /s/ Mark S. Dicther
                                                                                                                     Mark S. Dichter

L. Julius M. Turman
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Telephone: (415) 422-1361
Facsimile: (415) 442-1001

*Attorneys for Defendant*
*Morgan Stanley & Co., Incorporated*

### **ORDER**

The foregoing stipulation is approved, and IT IS ORDERED that the Claim Administrator shall pay Mr. Villanueva the sum of $29,179.23.

Dated: __02/19__, 2013                               _____
                                                         Hon.
                                                         United